**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOE,** | Case No.: 7:21-CV-03193-JD |
| **Plaintiff,** | |
| vs. | **MOTION TO AMEND** |
| **LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

Plaintiffs, Jane Doe, by and through her undersigned counsel, respectfully moves this Court for leave to amend her Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. Plaintiff requests leave to amend her Complaint in order to properly reflect the procedural posture of the associated case Jane Does 1-9 v. Murphy et. al. 7:20-cv-00947-JD.

A copy of the proposed Amended Complaint is attached hereto as Exhibit 1. In support of this Motion, Plaintiffs rely on the statements herein, the pleadings filed in this case, the rules of Court and such other matters as may be properly presented to the Court. This amendment will cause no undue delay or burden on Defendants and is being made prior to service.

Therefore, the Plaintiffs respectfully requests this Court enter an Order granting Plaintiffs' Motion to file a Second Amended Complaint.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III (1280)
Joshua M. W. Salley (13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC  29440
TEL.: (843) 546-2408
FAX: (8430 546-9604
ebell@edbelllaw.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**ATTORNEYS FOR PLAINTIFF**

Georgetown, SC
October 18, 2021