UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,<br><br>        Defendants. | Case No.: 7:21-CV-03193-JD<br><br>ACCEPTANCE OF SERVICE |

The undersigned attorney accepts and acknowledges the due personal service of the Amended Summons, Amended Complaint and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories on behalf of Collins Murphy on this 3rd day of February 2022 at the address 111 Coleman Blvd, Suite 301, Mt. Pleasant, SC 29464 and the receipt of a true copy is hereby acknowledged.

SWORN to before me this 3rd
day of February 2022

_Morgan Prewitt_
Notary Public for South Carolina
My Commission Expires: 11/9/31

Signature

Title: Attorney
Address: 111 Coleman Blvd. Ste 301
Mt. Pleasant, SC 29464

