UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Jane Doe,<br>　　　　　　Plaintiff,<br>vs.<br><br>Limestone University f/k/a Limestone College, Collins Murphy, MG Freesites, LTD., d/b/a Porhub.com, and Hammy Media LTD. d/b/a XHamster.com<br><br>　　　　　　Defendants. | Case No.: 7:21-cv-03193<br><br>NOTICE OF APPERANCE |

　　PLEASE TAKE NOTICE that Hannah Rogers Metcalfe hereby enters an appearance in the above-referenced case as counsel for Hammy Media LTD, and hereby authorizes you to enter such appearance and to do all that is necessary in connection herewith.

　　Defendant requests that copies of all notices and pleading given or filed in this case be given to and served upon the undersigned.

　　　　　　　　　　　　　　　　　　/s/ Hannah Rogers Metcalfe
　　　　　　　　　　　　　　　　　　Metcalfe & Atkinson, LLC
　　　　　　　　　　　　　　　　　　(Fed ID #9943)
　　　　　　　　　　　　　　　　　　1395 South Church Street
　　　　　　　　　　　　　　　　　　Greenville, SC 29605
　　　　　　　　　　　　　　　　　　Telephone: (864) 214-2319
　　　　　　　　　　　　　　　　　　Facsimile: (864) 214-3067
　　　	　　　　　　　　　　　　　　hmetcalfe@malawfirmsc.com
　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

February 28, 2022
Greenville, South Carolina