IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE<br><br>                    Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD. d/b/a PORNHUB.COM and HAMMY MEDIA LTD, d/b/a XHMASTER.COM<br><br>                    Defendants. | C/A No.: 7:21-cv-03193-JD<br><br><br>ACCEPTANCE OF SERVICE |

The undersigned attorney, accepts and acknowledges the due personal service of the Amended Summons, Amended Complaint and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories on behalf of Hammy Media, LTD on this 13th day of January 2022 at the address 1395 South Church Street, Greenville, SC 29605 and the receipt of a true copy is hereby acknowledged.


SWORN to before me this  1
day of February 2022

*Allie Jennings*
Notary Public for South Carolina
My Commission Expires: 12/04/2027

*Hannah Rogers Metcalfe*
Signature

Title: Attorney for Defendant Hammy Media
Address: Metcalfe and Atkinson, LLC, 1395 South Church Street, Greenville, SC 29605