**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | Case No.: 7:21-cv-03193-JD |
| vs. | |
| LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, | |
| Defendants. | |

**HAMMY MEDIA LTD.'S ANSWER, AFFIRMATIVE DEFENSES,**
**AND JURY TRIAL DEMAND**

Defendant Hammy Media, Ltd. d/b/a XHamster.com ("HML"), by and through its undersigned counsel, for its Answer to the Amended Complaint of Plaintiff Jane Doe herein states as follows:

**ANSWER**

Introduction

1.      This paragraph contains an introductory statement not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

2.      This paragraph contains an introductory statement not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

3.      Denied.

<u>Parties and Venue</u>

4.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

5.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

6.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

7.      This paragraph contains a conclusion of law for which no response is required.  To the extent that a response is required, HML is without sufficient information to admit or deny the allegations contained in this paragraph.

8.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

9.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

10.      HML is without sufficient information to admit or deny the allegations contained in this paragraph.

11.      HML admits that it is a Cypriot company headquartered in Cyprus.[1]  HML denies the remaining allegations contained in this paragraph.  In further answering, HML states that it does not now have, and has never had, an office in Texas.

---

[1] HML asserts that it is not subject to personal jurisdiction in South Carolina or the United States.  (Indeed, another Federal District Court previously found that Hammy's website, XHamster.com, was not aimed at any specific state within the United States and, therefore, Hammy was not subject to personal jurisdiction there.  *See Fraserside IP L.L.C. v. Hammy Media, Ltd.*, 2012 U.S. Dist. LEXIS 5359, *25 (N.D. Iowa Jan. 17, 2012)("Although xHamster's website is both commercial and interactive, as an Iowa district court noted in a case presenting similar facts, such a website "is arguably no more directed at Iowa than at Uzbekistan.").  HML has raised the lack of personal jurisdiction in its Motion for Judgment on the Pleadings, filed contemporaneously with this Answer.  HML flags this issue for the

12.    Denied.

13.    HML admits that it has received notice that content had been posted to the XHamster website without HML's knowledge or consent, and in violation of XHamster's terms of service, that included persons who had not consented to being filmed.  In answering further, HML states that when it received such notice, it removed the content in question.

14.    Denied.

15.    Denied.

16.    Denied.

<u>Facts</u>
(As to Defendant Limestone and Defendant Murphy)

17.    HML incorporates by reference each of its previous answers as if set forth herein.

18.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

19.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

20.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

---

Court now, in its first substantive filing, lest there be a suggestion that HML has inadvertently waived its right to object to personal jurisdiction.

21.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

22.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

23.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

24.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

25.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

26.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

27.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

28.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

29.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

30.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

31.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

32.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

33.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

34.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

35.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

36.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations contained in this paragraph.

<u>Facts</u>
<u>(As to Defendant Pornhub and Defendant HML)</u>

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Denied.

42.    HML admits that it has received notice that content had been posted to the XHamster website without HML's knowledge or consent, and in violation of XHamster's terms of service, that included persons who had not consented to being filmed.  In answering further, HML states that when it received such notice, it removed the content in question.  To the extent not specifically admitted, HML denies the allegations of this paragraph.

43.    Denied.

44.    Denied.

45.    Denied.

46.    Denied.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Denied.

51.    Denied.

<u>FIRST CAUSE OF ACTION AGAINST DEFENDANTS</u>
(Invasion of Privacy - Wrongful Intrusion upon Private Affairs- against Defendant
Murphy and Defendant xHamster)

52.    HML incorporates by reference and reasserts all previous responses and denials

contained in this Answer as if fully set forth herein.

53.    This paragraph contains allegations not aimed at HML and, as such, no response is

necessary.  To the extent that a response is required, HML states that it is without sufficient

information to admit or deny the allegations contained in this paragraph.

54.    This paragraph contains allegations not aimed at HML and, as such, no response is

necessary.  To the extent that a response is required, HML states that it is without sufficient

information to admit or deny the allegations

55.    This paragraph contains conclusions of law and allegations not aimed at HML and,

as such, no response is necessary.  To the extent that a response is required, HML states that it is

without sufficient information to admit or deny the allegations contained in this paragraph.  To the

extent that a response is required to the allegations of law, HML denies the same.

56.    This paragraph contains conclusions of law and allegations not aimed at HML and,

as such, no response is necessary.  To the extent that a response is required, HML states that it is

without sufficient information to admit or deny the allegations contained in this paragraph.  To the

extent that a response is required to the allegations of law, HML denies the same.

57.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS
(Invasion of Privacy - Wrongful Publicizing of Private Affairs - against Defendant Murphy and Defendant xHamster)

62.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

63.    Denied.

64.    Denied.

65.    Denied.

66.    This paragraph contains conclusions of law and, as such, no response is necessary. To the extent that a response is required to the allegations of law, HML denies the same.

67.    This paragraph contains conclusions of law and, as such, no response is necessary. To the extent that a response is required to the allegations of law, HML denies the same.

68.    Denied.

69.    Denied.

70.    Denied.

FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANTS
(Invasion of Privacy - Wrongful Appropriation of Personality- against Defendant Murphy and Defendant xHamster)

71.     HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

72.     Denied.

73.     Denied.

74.     This paragraph contains conclusions of law and, as such, no response is necessary. To the extent that a response is required to the allegations of law, HML denies the same.

75.     This paragraph contains conclusions of law and, as such, no response is necessary. To the extent that a response is required to the allegations of law, HML denies the same.

76.     Denied.

77.     Denied.

78.     Denied.

### FOR A FOURTH CAUSE OF ACTION AGAINST DEFENDANTS
(Intentional Infliction of Emotional Distress- against Defendant Murphy and
Defendant xHamster)

79.     HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

### FOR A FIFTH CAUSE OF ACTION AGAINST DEFENDANTS
(Negligent Hiring - Defendant Limestone)

86.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

87.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

88.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

89.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

90.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

91.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

FOR A SIXTH CAUSE OF ACTION AGAINST DEFENDANTS
(Negligent Supervision - Defendant Limestone)

92.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

93.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

94.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

95.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

96.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

97.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

98.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

99.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

100.     This paragraph contains allegations not aimed at HML and, as such, no response is necessary.   To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

FOR A SEVENTH CAUSE OF ACTION AGAINST DEFENDANTS
(Negligent Monitoring- Defendant Pornhub and Defendant xHamster)

101.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

102.    HML admits that it operates an adult website.

103.    HML admits that it has received notice that content had been posted to the XHamster website without HML's knowledge or consent, and in violation of XHamster's terms of service, that included persons who had not consented to being filmed.  In answering further, HML states that when it received such notice, it removed the content in question.

104.    Denied.

105.    Denied.

106.    Denied.

107.    Denied.

### FOR A EIGTH CAUSE OF ACTION AGAINST DEFENDANTS
(False Light - Defendant Pornhub and Defendant xHamster)

108.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

109.    HML admits that it operates an adult website.

110.    HML does not know the identity of the Plaintiff and, as such, is without sufficient knowledge to admit or deny the allegations of this paragraph.

111.    Denied.

112.    Assuming that this paragraph was intended to be a continuation of paragraph 111, Denied.

113.    HML is without sufficient knowledge to admit or deny the allegations of this paragraph.

114.    Denied.

115.    Denied.

## FOR A NINTH CAUSE OF ACTION AGAINST THE DEFENDANTS
(Civil Conspiracy- against Defendant Murphy and Defendant Pornhub)

116.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

117.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

118.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

119.    This paragraph contains allegations not aimed at HML and, as such, no response is necessary.  To the extent that a response is required, HML states that it is without sufficient information to admit or deny the allegations

## FOR A TENTH CAUSE OF ACTION AGAINST THE DEFENDANTS
(Civil Conspiracy- against Defendant Murphy and Defendant xHamster)

120.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

121.    Denied.

122.    Denied.

123.    Denied.

## FOR AN ELEVENTH CAUSE OF ACTION AGAINST THE DEFENDANTS
(CONDUCTING THE AFFAIRS OF THE ENTERPRISE THROUGH A PATTERN OF RACKETEERING ACTIVITY - 18 U.S.C. § 1962(c) and 1964(c) against Defendant Murphy, Defendant Pornhub, and Defendant xHamster)

13

124.    HML incorporates by reference and reasserts all previous responses and denials contained in this Answer as if fully set forth herein.

125.    This paragraph contains only a conclusion of law for which no response is required. To the extent that an answer is required, Defendants deny the allegations of this paragraph.

126.    Denied.

127.    Denied.

128.    Denied.

129.    Denied.

130.    Denied.

131.    Denied.

132.    Denied.

133.    Denied.

134.    Denied.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Denied.

144.    Denied.

**Damages**

153 (sic).  Denied.

**Affirmative Defenses**

1.      This Court does not have personal jurisdiction over HML and, as such, cannot adjudicate the claims against it consistent with the Due Process Clause of the United States Constitution.

2.      The allegations and claims in the Amended Complaint fail, in whole or in part, to state a claim upon which relief may be granted.

3.      The allegations and claims in the Amended Complaint fail, in whole or in part, as being outside of the statute of limitations.

4.      The allegations and claims in the Amended Complaint fail as they are barred in their entirety by Section 230 of the Communications Decency Act.

5.      The allegations and claims in the Amended Complaint fail, in whole or in part, because HML was not the proximate cause of any of Plaintiff's damages.

6.      The allegations and claims in the Amended Complaint fail, in whole or in part, as the damages alleged by Plaintiff are the result of the actions of others.

7.      The allegations and claims in the Amended Complaint fail, in whole or in part, because HML did not owe a duty of care of the Plaintiff.

8.      The allegations and claims in the Amended Complaint for Civil Conspiracy fail inasmuch as there was no common design or agreement as between the Defendants.

9.      The allegations and claims in the Amended Complaint arising under the Civil RICO statute fail inasmuch as no enterprise existed between the Defendants.

10.    The allegations and claims in the Amended Complaint arising under the Civil

RICO statute fail inasmuch as there was no pattern of racketeering activities.

11.    The allegations and claims in the Amended Complaint arising under the Civil RICO

statute fail inasmuch as the acts complained of did not have an effect on interstate commerce.

HML has not knowingly or intentionally waived any applicable affirmative defenses and

reserves the right to assert and rely on such other applicable affirmative defenses as may become

available or apparent upon discovery of further information concerning Plaintiff's claims.

### **Prayer for Relief**

**WHEREFORE**, HML prays that the Court award the following relief:

A.    That judgment enter for HML and against Plaintiff on each of the Counts of the

Amended Complaint;

B.    That the Court dismiss Plaintiff's Amended Complaint in its entirety; and

C.    That the Court award HML such other relief the Court deems to be just.

### **Defendant Demands a Trial by Jury on All Claims so Triable**

Respectfully Submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

Evan Fray-Witzer (*pro hac vice application
to follow*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000

16

Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice application to follow*)
Frank Scardino (*pro hac vice application to follow*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Defendant Hammy Media LTD*

February 28, 2022
Greenville, South Carolina