# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>    Defendants. | Case No.: 7:21-cv-03193-JD |

## HAMMY MEDIA LTD.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), defendant Hammy Media, Ltd. ("HML") respectfully moves for this Court to dismiss Plaintiff's Amended Complaint in its entirety, as it sounds against HML. In support of this Motion, HML states that: (1) it is not subject to personal jurisdiction in this Court, (2) the claims brought by the Plaintiff against HML are barred in their entirety by Section 230 of the Communications Decency Act, and (3) Plaintiff has failed to plead sufficient facts with respect to certain of her claims.

In support of this Motion, and in accordance with Local Rule 7.04, HML relies on the accompanying memorandum.

Respectfully Submitted,

**/s/ Hannah Rogers Metcalfe**
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

                    Evan Fray-Witzer (*pro hac vice application to follow*)
                    CIAMPA FRAY-WITZER, LLP
                    20 Park Plaza, Suite 505
                    Boston, Massachusetts 02116
                    Telephone: 617-426-0000
                    Facsimile: 617-423-4855
                    Evan@CFWLegal.com

                    Valentin D. Gurvits (*pro hac vice application to follow*)
                    Frank Scardino (*pro hac vice application to follow*)
                    BOSTON LAW GROUP, PC
                    825 Beacon Street, Suite 20
                    Newton Centre, Massachusetts 02459
                    Telephone: 617-928-1804
                    Facsimile: 617-928-1802
                    vgurvits@bostonlawgroup.com
                    frank@bostonlawgroup.com

                    *Attorneys for Defendant Hammy Media LTD*

February 28, 2022
Greenville, South Carolina