# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

CASE NO.: 7:21-cv-03193-JD

| | |
|---|---|
| JANE DOE, | ) |
|        Plaintiff, | ) |
| vs. | ) |
| LIMESTONE UNIVERSITY f/k/a LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, | ) **NOTICE OF APPEARANCE** |
|        Defendants/ | ) |

PLEASE TAKE NOTICE that the undersigned, as counsel for Defendant MG Freesites, Ltd., d/b/a Pornhub.com, hereby enters his appearance in the above-captioned case and requests copies of all pleadings, notices, orders and other papers.

                                               s/Mark B. Goddard
                                               Mark B. Goddard, Esquire (FED ID #9691)
                                               Turner Padget Graham & Laney, PA
                                               P.O. Box 1473
                                               Columbia, South Carolina 29202
                                               Tel: (803) 227-4334
                                               Fax: (803) 400-1542
                                               E-mail: mgoddard@turnerpadget.com

                                               *Attorneys for MG Freesites, Ltd., d/b/a Pornhub.com*

March 22, 2022
Columbia, South Carolina