# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>　　　　　Defendants. | Case No.: 7:21-cv-03193-JD<br><br>MOTION<br>IN SUPPORT OF<br>*PRO HAC VICE* APPLICATION |

　　　　The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Valentin D. Gurvits** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒　　Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐　　Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐　　No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| <u>Metcalfe & Atkinson, LLC</u> | <u>  Hannah Rogers Metcalfe   </u> |
| Firm Name | Name of Local Counsel |
| <u>1395 S. Church Street                              </u> | **<u>s/ Hannah Rogers Metcalfe                         </u>** |
| Street Address or Post Office Box | Signature of Local Counsel |
| <u>Greenville, SC  29605                             </u> | Local Counsel for *Hammy Media, LTD* |
| City, State, Zip Code | |
| <u>843-577-4435                                        </u> | |
| Telephone Number | District of South Carolina |
| <u>hmetcalfe@malawfirmsc.com             </u> | Federal Bar Number <u>9943</u> |
| E-Mail Address | |