# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>                    Defendants. | Case No.: 7:21-cv-03193-JD<br><br>**Motion<br>in Support of<br>*Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Evan Fray-Witzer** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☒     Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐     Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐     No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Metcalfe & Atkinson, LLC | Hannah Rogers Metcalfe |
| Firm Name | Name of Local Counsel |
| 1395 S. Church Street | **s/ Hannah Rogers Metcalfe** |
| Street Address or Post Office Box | Signature of Local Counsel |
| Greenville, SC  29605 | Local Counsel for *Hammy Media, LTD* |
| City, State, Zip Code | |
| 843-577-4435 | |
| Telephone Number | District of South Carolina |
| hmetcalfe@malawfirmsc.com | Federal Bar Number 9943 |
| E-Mail Address | |