**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOE,** | Case No.: 7:21-CV-03193-JD |
| **Plaintiff,** | |
| vs. | LOCAL RULE 7.02 ATTORNEY CERTIFICATION |
| **LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,** | |
| **Defendants.** | |

## LOCAL RULE 7.02 ATTORNEY CERTIFICATION

The undersigned hereby submits to the Court that based upon the disagreements between counsel and the history of the case, a consultation to resolve any dispute prior to filing Plaintiff's Motion (Dkt. No. 45) would have served no useful purpose as provided by Local Rule 7.02.

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiff*

April 5, 2022
Georgetown, SC