UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
( Spartanburg          DIVISION)

Jane Doe                          ,  )
Plaintiff,                           )    Case No. 7:21-cv-03193-JD
                                     )
v.                                   )    **Motion**
                                     )    **in Support of**
Limestone University f/k/a Limestone College,  )    ***Pro Hac Vice* Application**
Defendant.                           )
                                     )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Liz J. Shepherd                be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    [x] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [✓] does not intend to oppose

    [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____

    [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Bell Law Group | J. Edward Bell, III |
| Firm Name | Name of Local Counsel |
| 219 North Ridge Street | /s/ J. Edward Bell, III |
| Street Address or Post Office Box | Signature of Local Counsel |
| Georgetown, SC 29440 | Local Counsel for the Plaintiff, Jane Doe |
| City, State, Zip Code | |
| (843) 546-2408 | District of South Carolina |
| Telephone Number | Federal Bar Number 1280 |
| jeb@edbelllaw.com | |
| E-Mail Address | revised 09/19/05 |