UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Spartanburg DIVISION

JANE DOE

Plaintiff(s),

v.

LIMESTONE COLLEGE, ET AL.,

Defendant(s),

7:21-CV-03193-JD

ORDER

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Liz J. Shepherd who represents Plaintiff

[X] Be granted admission *pro hac vice* in this case.

[ ] Be denied admission *pro hac vice* in this case.

_____
Date

_____
United States District/Magistrate Judge