

| Kelly Stephens<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

## CERTIFICATION

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Tyler Smyth Thompson _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 10, 1986 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Tyler Smyth Thompson _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this ___31st___ day of ___March, 2022___.

KELLY STEPHENS
CLERK

By: _Karen Cohl_
Deputy Clerk