UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
<u>Spartanburg</u> DIVISION

| | | |
|---|---|---|
| <u>Jane Doe</u> | ) | CA: <u>7:21-cv-03193-JD</u> |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| <u>Limestone University f/k/a</u> | ) | **ORDER** |
| <u>Limestone College, et al</u> | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: <u>Tyler S Thompson</u> who represents <u>Plaintiff, Jane Doe</u>

☒ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.

_____                      _____
Date                                          United States District/Magistrate Judge