UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
Spartanburg DIVISION

| | | |
|---|---|---|
| JANE DOE | ) | CA: 7:21-CV-03193-JD |
| Plaintiff(s), | ) | |
| v. | ) | |
| Limestone University f/k/a Limestone College | ) | **ORDER** |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Jordan A. Stanton _____ who represents Plaintiff, Jane Doe

☒  Be **granted** admission *pro hac vice* in this case.

☐  Be **denied** admission *pro hac vice* in this case.

_____          _____
Date                                                         United States District/Magistrate Judge