

# The eclipse actually got people to stop watching porn

By
Jeremy Layton
August 22, 2017 6:18pm
Updated



Getty Images

Monday's solar eclipse temporarily caused porn viewership to go limp, according to the adult website xHamster.

In a blog post Tuesday, the site revealed its traffic dropped significantly during the hours of the eclipse — especially in cities within the path of totality.

In Nashville, which saw a complete eclipse, viewership dropped a whopping 43 percent. Charleston, SC, and Portland, Ore., saw drops of 36 and 35 percent, respectively.

Cities outside the path of totality saw smaller — but still notable — drops in traffic. In New York, viewership fell by 15 percent. Los Angeles and Chicago saw 15 and 9 percent drops, while the sun eclipsed 21 percent of Miami's traffic.

But perhaps the porn-viewing population found the sun-shaped moon to be a turn-on.

The site's traffic surged afterward, with an 85 percent increase in viewership in Portland and 63 percent in Charleston in the hour after the eclipse was over.

"It just goes to show that porn stars can never compete with real stars," said Alex Hawkins, VP of xHamster. "Of course, you won't burn your eyes looking at ours."

Add a rare natural phenomenon to the very short list of things — [along with "Game of Thrones"](#) — that take priority over watching porn.