



Screengrab via Sense8/Netflix xhamster Remix by Jason Reed

# Porn site xHamster steps in to save 'Sense8'

xHamster wants to give the canceled Netflix series a home.

Audra Schroeder        Streaming        Published Aug 17, 2017    Updated May 22, 2021, 8:14 pm CDT

While *Netflix* has vowed to give *Sense8* a two-hour *finale* after canceling the series, another platform is stepping up to save it.



Advertisement

> We know that a series about polymorphous perversity is a hard sell for a mainstream network like Netflix. We have no such limitations, and also understand implicitly the interconnectedness of sexualities across boundaries. In short, we are a we.

It's not the first time xHamster has dabbled in original content: It released reality series *The Sex Factor* in 2015. In the letter, Hawkins references how xHamster has pushed back against "repressive anti-LGBTQ laws in the U.S. and abroad." Last year, it blocked North Carolina users in protest of the state's anti-LGBTQ bathroom bill. It also banned porn that depicts rape.



Advertisement

The Sense8 online fandom is strong, and responses have been mixed.

https://twitter.com/psycelium/status/898165329611960321





It'll be interesting to see if this catches Netflix's attention. Maybe Netflix already has a surprise season 3 announcement coming.

In an email to the Daily Dot, Hawkins said he couldn't comment on any "deliberations or considerations," but added: "We put out the letter publicly because we knew there was no way to get a meeting with them as a porn company. We knew we'd have to show them that fans wanted and accepted our involvement."

The Wachowskis have not responded.

Share this article

*First Published: Aug 17, 2017, 2:19 pm CDT

### Audra Schroeder

Audra Schroeder is the Daily Dot's senior entertainment writer, and she focuses on streaming, comedy, and music. Her work has previously appeared in the Austin Chronicle, the Dallas Observer, NPR, ESPN, Bitch, and the Village Voice. She is based in Austin, Texas.



| GET WELL SOON GIFT PACKAGE | JUST BECAUSE GIFT BASKETS |
|---|---|
| $84.99 | $84.99 |

Advertisement