# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>       Defendants. | Case No.: 7:21-cv-03193-JD<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed on March 8, 2022 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

**[SIGNATURE PAGE ATTACHED]**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| **s/J. Edward Bell, III** <br> *Signature of Plaintiff's Counsel* | **s/Alan R. Belcher, Jr.** <br> *Signature of Defendant's Counsel* |
| **James Edward Bell, III for Jane Doe** <br> *Printed Name of Plaintiff's Counsel and Party Represented* | **Alan Ross Belcher, Jr. for Limestone University f/k/a Limestone College and Collins Murphy** <br> *Printed Name of Defendant's Counsel and Party Represented* |
| **s/Joshua Michael Wesley Salley** <br> *Signature of Plaintiff's Counsel* | **s/Thomas A. Barrow** <br> *Signature of Defendant's Counsel* |
| **Joshua Michael Wesley Salley for Jane Doe** <br> *Printed Name of Plaintiff's Counsel and Party Represented* | **Thomas Augustine Barrow for Limestone University f/k/a Limestone College and Collins Murphy** <br> *Printed Name of Defendant's Counsel and Party Represented* |
| *Signature of Plaintiff's Counsel* | **s/Mark B. Goddard** <br> *Signature of Defendant's Counsel* |
| *Printed Name of Plaintiff's Counsel and Party Represented* | **Mark Brandon Goddard, for MG Freesites Ltd., d/b/a Pornhub.com** <br> *Printed Name of Defendant's Counsel and Party Represented* |
| *Signature of Plaintiff's Counsel* | **s/Hannah R. Metcalfe** <br> *Signature of Defendant's Counsel* |
| *Printed Name of Plaintiff's Counsel and Party Represented* | **Hannah Rogers Metcalfe for Hammy Media, Ltd. d/b/a xHamster.com** <br> *Printed Name of Defendant's Counsel and Party Represented* |
| *Signature of Plaintiff's Counsel* | |
| *Printed Name of Plaintiff's Counsel and Party Represented* | |

April 14, 2022
Charleston, South Carolina