# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

**Civil Action No.: 7:21-CV-03193**

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| vs. | |
| LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, | **AMENDED CONFERENCE AND SCHEDULING ORDER** |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

1. A conference of the parties pursuant to Fed.R.Civ.P. 26(f) shall be held no later than **March 29, 2022**.[1] At conference the parties shall confer concerning all matters set forth in Fed.R.Civ.P. 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary.[2]

2. No later than **April 12, 2022**, the required initial disclosures under Fed.R.Civ.P. 26(a)(1) shall be made.

3. No later than **April 12, 2022**, the parties shall file a 26(f) Report in the form attached to this order. Parties are hereby notified that Local Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.

---

[1] Plaintiff's counsel shall initiate the scheduling of the Rule 26(g) conference with all counsel known to plaintiff regardless of whether they have filed appearances.

[2] The parties shall also consider whether they wish to consent to trial before a United States Magistrate Judge.

4.     Motions to join other parties and amend the pleadings (Fed.R.Civ.P. 16(b)(3)(A)) shall be filed no later than **October 3, 2022**.[3]

5.     Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November 2, 2022**.

6.     Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ.P. 26(a)(2)(B) has been disclosed to other parties by **December 5, 2022**.

7.     Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **December 5, 2022**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8.     Discovery shall be completed no later than **February 6, 2023**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Dawson in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion. Attorneys should send a request for a telephone conference via e-mail to dawson_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.

9.     Mediation shall be completed in this case on or before **February 6, 2023**. See the Mediation Order filed in this case which sets forth mediation requirements.

10.     All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **March 6, 2023**. Fed.R.Civ.P.16(b)(3)(A)).

11.     No later than **thirty (30) days before the date set for jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any

---

[3] As a general rule, when no timely response is filed to any motion, the Court will grant the motion with the notation that it is being "granted without opposition."

objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.

12. Motions in limine must be filed no later than **thirty (30) days before the date set for trial**. Written responses are due 7 days after the motion is filed.

13. Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[4] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07 (D.S.C.).

14. This case is subject to being called for jury selection and/or trial after **May 4, 2023**. 2023.

Date: April 25, 20222  
Greenville, South Carolina

Joseph Dawson, III  
United States District Judge

Pursuant to Local Rule 83.I.06, this order is being sent to local counsel only.

---

[4] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) (D.S.C.) shall be served on opposing parties.