UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM,<br><br>Defendants. | Case No.: 7:21-CV-03193-JD<br><br>ACCEPTANCE OF SERVICE |

The undersigned attorney accepts and acknowledges the due personal service of the Amended Summons, Amended Complaint and Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories on behalf of Limestone College on this __19__ day of __April__ 2022 at the address __33 Bull St., Ste 590, Savannah, GA 31401__ and the receipt of a true copy is hereby acknowledged.

SWORN to before me this _____ day of _____

_____
Notary Public for South Carolina
My Commission Expires: _____

Signature: _John A. Hubert_
Title: _Attorney_
Address: _33 Bull St., Ste 590_
_Savannah, GA 31401_