# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>   Defendants. | Case No.: 7:21-cv-03193<br><br>**HAMMY MEDIA LTD.'S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Fed. R. Civ. P. 12(c), defendant Hammy Media, Ltd. ("HML") respectfully moves for this Court to dismiss Plaintiff's Third Amended Complaint in its entirety, as it sounds against HML. In support of this Motion, HML states that: (1) it is not subject to personal jurisdiction in this Court, (2) the claims brought by the Plaintiff against HML are barred in their entirety by Section 230 of the Communications Decency Act, and (3) Plaintiff has failed to state a claim upon which relief may be granted.

In support of this Motion, and in accordance with Local Rule 7.04, HML relies on the accompanying memorandum.

               Respectfully Submitted,

               /s/ Hannah Rogers Metcalfe
               Hannah Rogers Metcalfe, Fed ID. 9943
               Metcalfe & Atkinson, LLC
               1395 South Church Street
               Greenville, South Carolina 29605
               (864) 214-2319

        Evan Fray-Witzer (*pro hac vice*)
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 505
        Boston, Massachusetts 02116
        Telephone: 617-426-0000
        Facsimile: 617-423-4855
        Evan@CFWLegal.com

        Valentin D. Gurvits (*pro hac vice*)
        Frank Scardino (*pro hac vice*)
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton Centre, Massachusetts 02459
        Telephone: 617-928-1804
        Facsimile: 617-928-1802
        vgurvits@bostonlawgroup.com
        frank@bostonlawgroup.com

        *Attorneys for Defendant Hammy Media LTD*

October 31, 2022
Greenville, South Carolina