# ViewDNS.info

**Tools** | API | Research | Data

ViewDNS.info > Tools > **Domain / IP Whois**

Displays owner/contact information for a domain name or IP address. Can also be used to determine if a domain name is registered or not.

Need to lookup a large number of domains? Enquire about our bulk whois service by emailing us with your requirements.

Domain / IP Address:

[ GO ]

```
WHOIS Information for xhamster.com
==============

Domain name: xhamster.com
Registry Domain ID: 906111371_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-02-28T10:48:40.26Z
Creation Date: 2007-04-02T12:48:32.00Z
Registrar Registration Expiration Date: 2027-04-02T12:48:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: Limassol
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: CY
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=xhamster.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=xhamster.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=xhamster.com
Name Server: sima.ns.cloudflare.com
Name Server: anuj.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-11-10T00:16:31.17Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

Follow @viewdns | Follow | Share

All content © 2022 ViewDNS.info
Feedback / Suggestions / Contact Us - Privacy Policy

**Search owner of a phone number**

Enter Area Code: ( ☐ ) ☐ - ☐