**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>               Defendants. | Case No.: 7:21-cv-03193<br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES<br>(03/06/23-03/10/23) |

    I, Hannah Rogers Metcalfe, counsel for Defendant, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter from March 6, 2023 through March 10, 2023, during which time I am scheduled to be out of state on a previously-planned family vacation.

                                    Respectfully requested,

                                      <u>s/ Hannah Rogers Metcalfe</u>
                                      Hannah Rogers Metcalfe, Fed. I.D.# 9943
                                      Metcalfe & Atkinson, LLC
                                      1395 South Church Street
                                      Greenville, South Carolina 29605
                                      Telephone: (864) 214-2319
                                      Facsimile: (864) 214-3067
                                      hmetcalfe@malawfirmsc.com
                                      *Attorney for Hammy Media, LTD*

February 6, 2023
Greenville, South Carolina