

# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *THOMAS DENNIS NOLAN III*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS DENNIS NOLAN III, **#238213**, was on the **1st day of December, 2005,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **13th day of October 2023.**

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Tao Zhang, Deputy Clerk