UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, MG FREESITES, LTD., D/B/A PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD,<br><br>             Defendants. | Case No.: 7:21-cv-03193-DCC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MG BILLING LTD (does not end case)** |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action against Defendant MG Billing, Ltd., <u>without prejudice.</u>

*(Signatures on following page)*

1

WE CONSENT:

**BELL LEGAL GROUP, LLC**

*s/J. Edward Bell, III*
J. Edward Bell, III, Fed. ID No. 1280
Joshua M. W. Salley, Fed. ID No. 13214
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
jsalley@belllegalgroup.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**ATTORNEYS FOR PLAINTIFF**

WE CONSENT:

**TURNER PADGET GRAHAM & LANEY, P.A.**

*s/Mark B. Goddard*
Mark B. Goddard, Fed. ID 9691
1901 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 227-4334
mgoddard@turnerpadget.com

J. Kenneth Carter, Fed. ID 05108
P.O. Box 1509
Greenville, SC 29602
Telephone: (864) 552-4611
kcarter@turnerpadget.com

**ATTORNEYS FOR DEFENDANTS MINDGEEK S.A.R.L., MINDGEEK USA, INC., AND MG BILLING, LTD**

*(Signatures continue on following page)*

WE CONSENT:

**MAYNARD NEXSEN**

*s/Jennifer S. Clurvis*
Jennifer S. Clurvis, Fed. ID No. 9992
Leland Grant Close, III, Fed. ID No. 10810
104 South Main Street, Suite 900
Greenville, SC 29601
Telephone: (864) 282-1169
Telephone: (864) 282-1102
jclurvins@maynardnexsen.com
gclose@maynardnexsen.com

**RAYNARD HUGHES & PADGETT, LLC**

Joseph Y. Rahimi, II, Fed ID No. 9670
John A. Hubert, Fed ID No. 13154
33 Bull Street, Suite 590
Savannah, GA 31401
Telephone: (912) 421-9988
Telephone: (912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**ATTORNEYS FOR DEFENDANT LIMESTONE UNIVERSITY**

WE CONSENT:

**HALL BOOTH SMITH**

*s/Thomas Augustine Barrow*
Alan Ross Belcher, Jr., Fed ID No. 9342
Thomas Augustine Barrow, Fed ID No. 13364
111 Coleman Boulevard, Suite 301
Mt. Pleasant, SC 29464
Telephone: (843) 720-3460
Telephone: (843) 720-3490
abelcher@hallbothsmith.com
tbarrow@hallboothsmith.com

**ATTORNEY FOR DEFENDANT COLLINS MURPHY**

WE CONSENT:

**METCALFE AND ATKINSON LLC**

*s/Hannah Rogers Metcalf*
Hannah Rogers Metcalfe, Fed. ID No. 9943
1395 South Church Street
Greenville, SC 29605
Telephone: (864) 214-2340
hmetcalfe@malawfirmsc.com

**CIAMPA FRAY-WITZER LLC**

Evan M. Fray-Witzer (admitted Pro Hac Vice)
20 Park Plaza, Suite 505
Boston, MA 02360
Telephone: (617) 426-0000
evan@cfwlegal.com

**BOSTON LAW GROUP PC**

Frank B. Scardino
Valentin D. Gurvits
825 Beacon Street, Suite 20
Newton, MA 02459
Telephone: (617) 928-1805
Telephone: (617) 928-1804
frank@bostonlawgroup.com
vgurvits@bostonlawgroup.com

**ATTORNEYS FOR DEFENDANT HAMMY MEDIA, LTD d/b/a XHAMSTER.COM**