UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, MG FREESITES, LTD., D/B/A PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD,<br><br>　　　　　Defendants. | Case No.: 7:21-cv-03193-DCC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MG FREESITES II LTD (does not end case)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned counsel, hereby stipulate to the dismissal of this action against Defendant MG Freesites II Ltd, without prejudice.

*(Signatures on following page)*

1

WE CONSENT:

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III, Fed. ID No. 1280
Joshua M. W. Salley, Fed. ID No. 13214
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
jsalley@belllegalgroup.com

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted Pro Hac Vice)
Liz J. Shepherd (admitted Pro Hac Vice)
Jordan A. Stanton (admitted Pro Hac Vice)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com

**ATTORNEYS FOR PLAINTIFF**