IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | Civil Action Number: 7:20-cv-00947-DCC |
| Plaintiffs, | |
| v. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG, FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTS. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD., XHAMSTER IP HOLDINGS LTD., WISEBITS IP LTD., | **APPLICATION/AFFIDAVIT** ***PRO HAC VICE*** **ADMISSION** |
| Defendants. | |

| | |
|---|---|
| JANE DOE, | CASE NO.: 7:21-cv-03193-DCC |
| Plaintiff, | |
| vs. | |
| LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., D/B/A PORNHUB.COM, and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, | **APPLICATION/AFFIDAVIT** ***PRO HAC VICE*** **ADMISSION** |
| Defendants. | |

JANE DOE 1, JANE DOE 2, JOHN DOE 1, and JOHN DOE 2,

                  Plaintiffs,

     v.

COLLINS MURPHY; LIMESTONE UNIVERSITY; BRENDA F. WATKINS; SHARON HAMMONDS; and MG FREESITES, LTD. D/B/A PORNHUB.COM,

                  Defendants.

CASE NO. 7:22-CV-03576-DCC

**APPLICATION/AFFIDAVIT**
***PRO HAC VICE* ADMISSION**

(1)    Name: _____Diane _____Cafferata

                                          First
                                  Middle
                        Last

(2)    <u>Residence</u>. I reside in the following state: California
        If a South Carolina resident, indicate months/years of residence: _____

(3)    <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

        Firm name: Quinn Emanuel Urquhart & Sullivan, LLP
        Mailing address: 865 S. Figueroa St., 10th Floor
        City/State/Zip: Los Angeles, CA, 90017
        Telephone number: (213) 443-3000
        Facsimile number: (213) 443-3100
        E-mail address: dianecafferata@quinnemanuel.com
        (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit**,** consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)    Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of ___California_____ where I regularly practice law. **Attached is my certificate of good standing.**

---

    [1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

(6)     Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

**Court  Date Admitted        Good Standing**

State Bar of California   11/24/1997

☒Yes  ☐No

State Bar of Illinois  12/23/2019_____        ☒Yes  ☐No
U.S. District Court, Northern District of California   8/28/1998

☒Yes  ☐No

U.S. District Court, Eastern District of California   12/28/1999_____        ☒Yes  ☐No
U.S. District Court, Central District of California   1/18/2000_____        ☒Yes  ☐No
U.S. Court of Appeals_Ninth Circuit___06/14/2006_____        ☒Yes  ☐No
U.S. District Court, Southern District of California  ___12/05/2006_____        ☒Yes  ☐No

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☒Yes  ☐No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

         In 2001, my California client was sued in two class actions in Madison County, Illinois. My colleague and I sought pro hac vice admission in both cases. The Fifth District of Illinois – Madison County denied one of them for each of us on the grounds that we could not have more than one pro hac admission and with the result that another colleague handled the second case. In 2019, I was admitted to practice in all the Illinois state courts and am in good standing there.

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10)    Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

(11)   Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12)   Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

TURNER, PADGET, GRAHAM AND LANEY, P.A.
Post Office Box 1473
Columbia, South Carolina 29202
facsimile | 803-400-1542

Mark B. Goddard | Attorney ID: 09194
email | mgoddard@turnerpadget.com
direct | 803-227-4334

J. Kenneth Carter | Attorney ID: 05108
email | kcarter@turnerpadget.com
direct | 864-552-4611

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)   Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14)   Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)   Electronic Notification. By submitting this application, I consent to electronic notification.

(16)   Represented Party/Parties. I seek to represent the following party/parties: MG Freesites, LTD., MG Freesites II LTD., MindGeek S.A.R.L., MindGeek USA, Inc.

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

*Diane Cafferata*

Signature of Applicant

**Sworn to and subscribed before me**
this _____ day of _____,20_____.
_____SEE ATTACHED CERTIFICATE_____
_____
A Notary Public
of the State of _____

My Commission expires: _____

**JURAT**

State/Commonwealth of _____ TEXAS _____    )
                                                 )
☐ City ☑ County  of _____ Dallas _____      )

On ___ 10/16/2023 ___, before me, _____ Sa'Myca Joenisia Leonard _____ ,
        *Date*                                      *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____ Diane Cafferata _____ .

*Name of Affiant(s)*

☐    Personally known to me  **-- OR --**

☐    Proved to me on the basis of the oath of _____ **-- OR --**
                                              *Name of Credible Witness*
☑    Proved to me on the basis of satisfactory evidence: _____ driver_license _____
                                                         *Type of ID Presented*

WITNESS my hand and official seal.

Notary Public Signature: _Sa'Myca Joenisia Leonard_
                          Notary Public, State of Texas

Notary Name: _____ Sa'Myca Joenisia Leonard _____

Notary Commission Number: ___ 13314508-7 ___

Notary Commission Expires: ___ 06/08/2025 ___

*Notarized online using audio-video communication*

Sa'Myca Joenisia Leonard
ID NUMBER
13314508-7
COMMISSION EXPIRES
June 8, 2025

Notarized online using audio-video communication

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: _____ APPLICATION/AFFIDAVIT PRO HAC VICE ADMISSION _____

Document Date: ___ 10/16/2023 ___

Number of Pages (including notarial certificate): ___ 6 ___

6