# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Doe,<br><br>            Plaintiff,<br><br>v.<br><br>Limestone University f/k/a Limestone College, Collins Murphy, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com,<br><br>            Defendants. | Civil Action No.: 7:21-cv-03193-DCC<br><br>**NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT COLLINS MURPHY** |

PLEASE TAKE NOTICE that Alan Belcher, Esq. (Fed. ID No. 9342) is no longer associated with Hall Booth Smith, P.C. Therefore, pursuant to Local Rule 83.I.07(A), Defendant Collins Murphy seeks an Order of the Court allowing Alan Belcher, Esq. to Withdraw as Counsel in this action. Defendant continues to be represented by R. Joseph D. Thompson, III, Esq. and Thomas A.D. Barrow, Esq., and Hall Booth Smith, P.C., all of which consent to Alan Belcher's withdrawal as counsel.

            **HALL, BOOTH, SMITH, P.C.**

            */s/ Joseph D. Thompson, III*
            _____
            Joseph D. Thompson, III, Esquire, Bar No. 06062
            Thomas A.D. Barrow, Esquire, Bar No. 13364
            111 Coleman Blvd., Suite 301
            Mt. Pleasant, SC 29464
            Telephone: (843) 720-3460
            Facsimile: (843) 720-3458
            jthompson@hallboothsmith.com
            tbarrow@hallboothsmith.com

            *Attorneys for Collins Murphy*

This 3rd day of November, 2023