# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Jane Doe,<br><br>                Plaintiff,<br><br>v.<br><br>Limestone University f/k/a Limestone College, Collins Murphy, MG Freesites, Ltd., d/b/a Pornhub.com, and Hammy Media, Ltd. d/b/a Xhamster.com,<br><br>                Defendants. | Civil Action No.:  7:21-cv-03193-DCC<br><br><br>**NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT COLLINS MURPHY** |

PLEASE TAKE NOTICE that Alan Belcher, Esq. (Fed. ID No. 9342) is no longer associated with Hall Booth Smith, P.C. Therefore, pursuant to Local Rule 83.I.07(A), Defendant Collins Murphy consents to and seeks an Order of the Court allowing Alan Belcher, Esq. to Withdraw as Counsel in this action. Defendant continues to be represented by R. Joseph D. Thompson, III, Esq. and Thomas A.D. Barrow, Esq., and Hall Booth Smith, P.C., all of which consent to Alan Belcher's withdrawal as counsel.

                                                **HALL, BOOTH, SMITH, P.C.**

                                                */s/ Joseph D. Thompson, III*
                                                _____
                                                Joseph D. Thompson, III, Esquire, Bar No. 06062
                                                Thomas A.D. Barrow, Esquire, Bar No. 13364
                                                111 Coleman Blvd., Suite 301
                                               Mt. Pleasant, SC 29464
                                               Telephone: (843) 720-3460
                                               Facsimile: (843) 720-3458
                                               jthompson@hallboothsmith.com
                                               tbarrow@hallboothsmith.com

                                               *Attorneys for Collins Murphy*

This 7th  day of November, 2023