**Shellie Fischer**

| | |
|---|---|
| **From:** | Collins Murphy <collins.b.murphy@gmail.com> |
| **Sent:** | Tuesday, November 7, 2023 2:15 PM |
| **To:** | Shellie Fischer |
| **Subject:** | Re: Jane Doe v. Collins Murphy [IMAN-DMS.FID334917] |

Good Afternoon,

I hope all is well with you as well. I looked everything over and do consent. Thank you. Have a great week.

Collins

On Tuesday, November 7, 2023, Shellie Fischer <SFischer@hallboothsmith.com> wrote:

> Good afternoon,
>
> I hope you are doing well. As we informed you in October, attorney Alan Belcher is no longer with Hall Booth Smith and your insurance company has decided to remain with our firm. Attached please find a Notice and Motion for Withdraw of Counsel which the Court requires your consent in order for us to file. If you would, please review the attached and respond to this email giving us your consent to file.
>
> Please let me know if you have any questions.
>
> Thank you.
>
> **Shellie Fischer**
> Legal Assistant | Hall Booth Smith, P.C.
>
> O: 843.720.3460
> D: 843.720.3467
>
> 111 Coleman Boulevard, Suite 301
> Mount Pleasant, SC 29464
> hallboothsmith.com
>
> 
>
> CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

1