# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>　　　　　　Defendants. | Case No.: 7:21-cv-03193<br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES<br>(03/04/24-03/08/24) |

I, Hannah Rogers Metcalfe, counsel for Defendant, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter from March 4, 2024 through March 8, 2024 during which time I am scheduled to be out of state on a previously-planned family vacation.

　　　　　　　　　　　　　　　　　　Respectfully requested,

　　　　　　　　　　　　　　　　　　s/ Hannah Rogers Metcalfe
　　　　　　　　　　　　　　　　　　Hannah Rogers Metcalfe, Fed. I.D.# 9943
　　　　　　　　　　　　　　　　　　Metcalfe & Atkinson, LLC
　　　　　　　　　　　　　　　　　　1395 South Church Street
　　　　　　　　　　　　　　　　　　Greenville, South Carolina 29605
　　　　　　　　　　　　　　　　　　Telephone: (864) 214-2319
　　　　　　　　　　　　　　　　　　Facsimile: (864) 214-3067
　　　　　　　　　　　　　　　　　　hmetcalfe@malawfirmsc.com
　　　　　　　　　　　　　　　　　　*Attorney for Hammy Media, LTD*

January 31, 2024
Greenville, South Carolina