# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**COLLINS MURPHY et. al.,**<br><br>　　　　Defendants. | Case No.: 7:20-CV-00947-DCC |
| **JANE DOE,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**COLLINS MURPHY et. al.,**<br><br>　　　　Defendants. | Case No.: 7:21-CV-03193-DCC |

## JOINT STATUS REPORT

In accordance with the Court's January 17, 2024 and January 31, 2024 Text Orders, the Plaintiffs and MindGeek Defendants in the above-captioned actions met and conferred on January 26, 2024 and February 9, 2024 regarding discovery disputes in the case. The parties submit the following Joint Status Report to update the Court on the status of their discovery disputes and request a further extension of the motion to compel deadline, which is currently February 15, 2024.

After the parties' meet-and-confers, on February 13, 2024, the MindGeek Defendants produced additional documents to Plaintiffs. The MindGeek Defendants will be serving additional supplemental discovery responses this week. Because the parties agree that the meet-and-confer process has continued to be productive, and in order to allow them sufficient time to continue that

process and narrow any remaining discovery disputes, the parties agree and request that the Court again extend the motion to compel deadline by a period of fourteen days, from February 15, 2024 to February 29, 2024.

Respectfully submitted,

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Joshua M. W. Salley (#13214)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com
*Counsel for Plaintiffs*

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Jordan A. Stanton (admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004
bbull@ncose.com
dpinter@ncoselaw.org

cprice@ncoselaw.org  
pgentala@ncoselaw.org

*Counsel for Plaintiffs*

February 15, 2024  
Georgetown, SC

DATED: February 15, 2024

| | |
|---|---|
| Greenville, South Carolina | TURNER, PADGET, GRAHAM AND LANEY, P.A. |
| | By: /s/ Mark Goddard<br>Mark Goddard \| Attorney ID: 09194<br>email \| mgoddard@turnerpadget.com<br>direct \| 803-227-4334 |
| | J. Kenneth Carter \| Attorney ID: 05108<br>email \| kcarter@turnerpadget.com<br>direct \| 864-552-4611<br>Post Office Box 1509<br>Greenville, South Carolina 29602<br>facsimile \| 864-282-5993 |
| Los Angeles, California | MITCHELL SILBERBERG & KNUPP LLP |
| | Marc E. Mayer \| admitted *pro hac vice*<br>email \| mem@msk.com<br>direct \| 310-312-3154<br>2049 Century Park East<br>18th Floor<br>Los Angeles, California 90067 |
| Los Angeles, California | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | Diane Cafferata \| admitted *pro hac vice*<br>email \| dianecafferata@quinnemanuel.com<br>direct \| 213-443-3000<br>865 S. Figueroa St.,<br>10th Floor<br>Los Angeles, California 90017 |

*Attorneys for Defendant MG Freesites, Ltd.*