

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAVID ALAN STEINBERG

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, DAVID ALAN STEINBERG #130593 was on the 14th day of December, 1987 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 23rd day of February 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Mery Chang, Senior Deputy Clerk