UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| JANE DOES 1 – 9, <br> Plaintiff/Petitioner/USA, <br><br> v. <br> LIMESTONE COLLEGE, et al, <br> Defendant/Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 7:21-cv-03193-DCC <br><br> **Motion** <br> **in Support of** <br> ***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that CHAD OWENS PROPST be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| BELL LEGAL GROUP <br> Firm Name <br> 219 North Ridge Street <br> Street Address or Post Office Box <br> Georgetown, SC 29440 <br> City, State, Zip Code <br> (843) 546-2408 <br> Telephone Number <br> jeb@edbelllaw.com <br> E-Mail Address | J. Edward Bell, III <br> Name of Local Counsel <br> /s/ J. Edward Bell, III <br> Signature of Local Counsel <br> Local Counsel for the Plaintiffs <br><br> District of South Carolina <br> Federal Bar Number  1280 <br><br> revised 09/19/05 |