

| | | |
|---|---|---|
| **M. Katherine Bing**<br>**Clerk** | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Chad Owens Propst _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 5, 2010 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Chad Owens Propst _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 17th _____ day of January, 2024.

M. KATHERINE BING
CLERK

By: _Karen Cobb_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
W. Fletcher McMurry Schrock
President

Rhonda Jennings Blackburn
President-Elect

Todd V. McMurtry
Vice President

Amy D. Cubbage
Immediate Past President

Elizabeth A. Combs
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### CHAD OWENS PROPST
*Dolt Thompson Shepherd & Conway PSC*
*13800 Lake Point Circle*
*Louisville, Kentucky 40223*

### Membership No. 93924

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 16th day of January, 2024.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar