# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | |
| Plaintiffs, | Case No.: 7:20-cv-00947 |
| vs. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD., | **WISEBITS IP, LTD'S MOTION TO SEAL** |
| Defendants. | |
| JANE DOE, | |
| Plaintiff, | Case No.: 7:21-cv-03193 |
| vs. | |
| LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM, | **WISEBITS IP, LTD'S MOTION TO SEAL** |
| Defendants. | |

1.      Pursuant to Local Civil Rule 5.03, Defendant Wisebits IP, LTD ("Wisebits")'s, by and through its undersigned counsel, submits this Motion to Seal the accompanying Exhibit of Defendant Wisebits's Memorandum in Support of Motion for Protective Order to Preclude the Reconvening of Deposition, which is a confidential document that requires a court order to disclose. In support of this Motion, Wisebits submits the Memorandum in Support of Wisebits

IP, LTD's Motion to Seal as required by Local Civil Rule 5.03. Pursuant to Section 13.4.3 of the Court's Electronic Case Filing Policies and Procedures and Local Civil Rule 7.02, Wisebits's counsel provided notice to counsel for the Plaintiffs that Wisebits wished to file this Motion.  At the time of the filing of this Motion, counsel had not received a response from opposing counsel; however, all counsels are aware that the accompanying Exhibit has been previously designated as "Confidential – Attorneys' Eyes Only".

A non-confidential descriptive index of the document that Wisebits seeks to file under seal is attached as Exhibit A. Pursuant to Section 8.1 of the Court's Electronic Case Filing Policies and Procedures, copies of the documents that Wisebits seeks to seal through this Motion will be emailed to chambers for in camera review and shall not be filed.

By signing below, counsel certifies that she has complied with Local Civil Rule 5.03 in filing this Motion.

WHEREFORE Defendant Wisebits IP, LTD respectfully requests that the Court grant the instant motion and allow the documents listed in the attached descriptive index to be filed under seal.

Respectfully submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855

Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorneys for Defendant Wisebits IP, Ltd.*

February 28, 2024
Greenville, South Carolina