# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JOHN DOE 1, AND JOHN DOE 2, <br><br> Plaintiffs, <br><br> v. <br><br> COLLINS MURPHY, LIMESTONE UNIVERSITY, BRENDA F. WATKINS, SHARON HAMMONDS, MG FREESITES, LTD. d/b/a PORNHUB.COM, <br><br> Defendants. | Case No: 7:22-cv-03576-DCC |

## PLAINTIFFS' NOTICE OF SETTLEMENT, AND REQUEST FOR 60 DAYS TO FINALIZE SAME

Plaintiffs and Defendants Limestone University, Brenda F. Watkins, and Sharon Hammonds have reached a settlement of the Plaintiffs' claims in this action against these Defendants.[1] These parties are in the process of exchanging for purposes of approving and executing the settlement documents.

Accordingly, Plaintiff would respectfully request pursuant to Rule 60, that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party reserves the right to petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. In the alternative, to the extent permitted by law, the parties would request the right to within sixty (60) days of entry of an order of

---

[1] As per Docket Entry No. 94, Plaintiffs previously reached a settlement with Defendant MGFreesites, Ltd., d/b/a pornhub.com. The only remaining claims in the case would be against Defendant Collins Murphy.

dismissal without prejudice in this case to petition the Court to enforce their settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The parties request the Court retain jurisdiction to enforce any settlement agreement reached between the parties. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381- 82 (1994).

                      **Respectfully Submitted,**

                      **WESLEY D. FEW, LLC**
                      ___/s/Wesley D. Few/_____
                      Wesley D. Few, S.C. Bar No. 15565
                      P.O. Box 9398
                      Greenville, South Carolina 29604
                      864-527-5906 | wes@wesleyfew.com

                      **H. COOPER ELLENBERG**
                      Attorney at Law
                      H. Cooper Ellenberg1
                      1401 Doug Baker Blvd., Suite 107 492
                      Birmingham, Alabama 35242
                      (205) 908-1790 | cooper.ellenberg@gmail.com

                      **OBY T. ROGERS, PLLC**
                      Attorney at Law
                      Oby T. Rogers
                      Post Office Box 700
                      Collins, Mississippi 39428
                      (601) 765-1000 | ObyT1000@aol.com

                      ATTORNEYS FOR PLAINTIFFS JANE DOE 1, JANE DOE 2, JOHN DOE 1 AND JOHN DOE 2

Greenville, South Carolina
April 20, 2024