# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| **JANE DOES 1-9,** | Case No.: 7:20-CV-00947-DCC |
| Plaintiffs, | |
| vs. | MOTION FOR EXTENSION OF TIME |
| **COLLINS MURPHY et. al.,** | |
| Defendants. | |
| **JANE DOE,** | Case No.: 7:21-CV-03193-DCC |
| Plaintiff, | |
| vs. | MOTION FOR EXTENSION OF TIME |
| **LIMESTONE UNIVERSITY et. al.,** | |
| Defendants. | |

Plaintiffs, by and through their undersigned counsel, and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure move the Court for an order extending the time within which the parties may conduct discovery.

This extension is being sought in good faith, for a proper purpose, and is not intended to unduly or unnecessarily delay these proceedings. The current deadline for the completion of Discovery is May 31, 2024. While the deadline for discovery has previously been extended, Plaintiffs respectfully request that the current deadline be extended by ninety (90) days, making the new deadline for the completion of discovery August 31, 2024. This request is only for the extension of the discovery deadline, and no other deadline shall be altered. Plaintiffs conferred with Defendants however they have not reached an agreement.

This motion is based upon the pleadings filed in this case, rules of Court, and such other matters as may be properly presented to the Court.

**WHEREFORE**, the Plaintiffs respectfully requests this Court grant Plaintiffs' Motion and enter an order extending the time in which they may conduct discovery by ninety (90) days.

**BELL LEGAL GROUP, LLC**

*/s/ J. Edward Bell, III*
J. Edward Bell, III (#1280)
Gabrielle A. Sulpizio (#12715)
Joshua M. W. Salley (#13214)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
gsulpizio@belllegalgroup.com
jsalley@belllegalgroup.com
*Counsel for Plaintiffs*

**DOLT, THOMPSON, SHEPHERD & CONWAY, PSC**

Tyler S. Thompson (admitted *Pro Hac Vice*)
Liz J. Shepherd (admitted *Pro Hac Vice*)
Chad Propst(Admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
jstanton@kytrial.com
*Counsel for Plaintiffs*

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Danielle Bianculli Pinter ( admitted Pro Hac Vice)
Christen Price ( admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C.20004

dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

*Counsel for Plaintiffs*

May 17, 2023
Georgetown, SC