**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9,<br><br>   Plaintiffs,<br><br>vs.<br><br>COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD.,<br><br>   Defendants. | Case No.: 7:20-cv-00947 |
| JANE DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>LIMESTONE UNIVERSITY F/K/A LIMESTONE COLLEGE, COLLINS MURPHY, MG FREESITES, LTD., d/b/a PORNHUB.COM, and HAMMY MEDIA, LTD. d/b/a XHAMSTER.COM,<br><br>   Defendants. | Case No.: 7:21-cv-03193 |

**NOTICE OF HEARING AVAILABILITY**

  In accordance with this Court's Order (Docket No. 390), counsel for Hammy Media, Ltd.; Wisebits IP, Ltd.; and TrafficStars, Ltd. ("Hammy Defendants") solicited from all parties to this litigation their availability during the month of June, 2024 for the previously-scheduled discovery hearing, to the extent that the wished to appear at such hearing.

Based on the responses received (below), all interested counsel are available on **June 17, 2024** and **June 19, 2024**.

To the extent that the Court wants a complete accounting of the dates in June offered by each party, those dates are listed in the table below.

| Parties Represented | Attorneys | Available Dates in June |
|---|---|---|
| Hammy Defendants | All attorneys | 3,4,5,6,7,10,11,12,13,14,17,19 |
| Plaintiffs | Gabrielle Reynolds | 11,17,19, 24,25,26,27,28 |
| Plaintiffs | Ed Bell | *Unavailable* from May 27 – June 9 |
| MindGeek Defendants | Mark Goddard | 3,4,6,10,13,14,17,19,24,25,26 |
| MindGeek Defendants | Diane Cafferata | 10, 13, 17, 19, 24, 25, 26 |
| Limestone College | John Hubert | 3,4,6,10,13,14,17,19,26 |

Respectfully submitted,

/s/ Hannah Rogers Metcalfe
Hannah Rogers Metcalfe, Fed ID. 9943
Metcalfe & Atkinson, LLC
1395 South Church Street
Greenville, South Carolina 29605
(864) 214-2319

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)

          BOSTON LAW GROUP, PC
          825 Beacon Street, Suite 20
          Newton Centre, Massachusetts 02459
          Telephone: 617-928-1804
          Facsimile: 617-928-1802
          vgurvits@bostonlawgroup.com
          frank@bostonlawgroup.com

*Attorney for Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD*

May 17, 2024
Greenville, South Carolina