# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### (SPARTANBURG DIVISION)

____JANE DOE_____,  )
Plaintiff/Petitioner/USA,  )
  )   Case No. __7:21-CV-03193-DCC___
  )
v.  )
  )   **Application/Affidavit for**
____LIMESTONE UNIVERSITY F/K/A  )
LIMESTONE COLLEGE, et al,  )   ***Pro Hac Vice*** **Admission**
Defendant/Respondent.  )
  )
_____  )

(1)  Name.  ____Sean_____Taheri_____
          First           Middle              Last

(2)  Residence. I reside in the following state: __California_____
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

     Firm name: _____Quinn Emanuel Urquhart & Sullivan, LLP_____
     Mailing address: 865 Figueroa Street, 10th Floor__ City/State/Zip Los Angeles, California 90017
     Telephone number: (213) 443-3000_____
     Facsimile number: (213) 443-3100_____
     E-mail address: ___seantaheri@quinnemanuel.com_____
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of __California_____ where I regularly practice law. **Attached is my certificate of good standing.**

(6)  Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| ___See Attachment Below___ | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? .................................................... ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☒ Yes ☐ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.
___(1 of 1): United States District Court for the District of South Carolina, Spartanburg Division, Jane Doe v. Limestone University f/k/a Limestone College, et al, Case No. 7:20-CV-00947-DCC (consolidated for purposes with the instant case for discovery), same local counsel of record as indicated in No. (12) below, application submitted concurrently with the instant application.___

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Mark Goddard; J. Kenneth Carter
Firm Name: Turner Padget Graham and Laney, P.A.
Street Address or Post Office Box: Post Office Box 1509
City, State, and Zip Code: Greensville, South Carolina 29602
Telephone Number: (803) 277-4334; (803) 400-1542)
E-Mail Address: kcarter@turnerpadget.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case:
Diane Cafferata, Michael E. Williams, Robert J. Becher, and Elinor Sutton of Quinn Emanuel Urquhart & Sullivan, LLP

(14) Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
MG Freesites, LTD., MG Freesites LL LTD., MindGeek S.A.R.L., MindGeek USA, Inc.

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

Sworn to and subscribed before me
this _____ day of _____,20____.

See Attached

_____
A Notary Public
of the State of _____

My Commission expires: _____

Page 3 of 4

BARS:

| Bar Admitted | Admission Date |
|---|---|
| California | 12/04/2013 |
| District of Columbia | 11/07/2014 |

| UNITED STATES APPELLATE COURTS: | Admission Date |
|---|---|
| United States Court of Appeals for the Ninth Circuit | 12/13/2013 |

| UNITED STATES DISTRICT COURTS: | Admission Date |
|---|---|
| Federal Courts Admitted: | |
| Central District of California | 12/18/2013 |
| Western District of Tennessee | 03/25/2015 |
| Northern District of California | 12/09/2015 |

**CALIFORNIA JURAT**                                          GOVERNMENT CODE § 8202

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California

County of  LOS ANGELES

Subscribed and sworn to (or affirmed) before me on

this 22ND day of MAY, 20 24, by
        Date        Month         Year

(1) ____SEAN TAHERI_____

(and (2) _____ ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Lucille Clark_____
          Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

[Notary Seal: LUCILLE CLARK, Notary Public - California, Los Angeles County, Commission # 2433025, My Comm. Expires Jan 28, 2027]

──────── OPTIONAL ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association