UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| JANE DOES 1 – 9, | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No. 7:20-cv-00947-DCC |
| | ) | |
| v. | ) | **Motion** |
| LIMESTONE COLLEGE, et al, | ) | **in Support of** |
| Defendant/Respondent. | ) | ***Pro Hac Vice* Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that CHAD OWENS PROPST be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.  I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| BELL LEGAL GROUP | J. Edward Bell , III |
| Firm Name | Name of Local Counsel |
| 219 North Ridge Street | */s/ J. Edward Bell, III* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Georgetown, SC 29440 | Local Counsel for the Plaintiffs |
| City, State, Zip Code | |
| (843) 546-2408 | District of South Carolina |
| Telephone Number | Federal Bar Number ___1280___ |
| jeb@edbelllaw.com | |
| E-Mail Address | revised 09/19/05 |