# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9,<br><br>　　　　Plaintiffs,<br>vs.<br><br>COLLINS MURPHY, et al.,<br><br>　　　　Defendants. | Case No.: 7:20-cv-00947<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| JANE DOE,<br><br>　　　　Plaintiff,<br>vs.<br><br>LIMESTONE UNIVERSITY, et al.,<br><br>　　　　Defendants. | Case No.: 7:21-cv-03193<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

　　Evan Fray-Witzer and Valentin D. Gurvits, counsel for Defendants Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD, respectfully request this Honorable Court's protection from being called to hearings or other Court Appearances in this matter on June 21, 2025 through June 28, 2025 and August 4, 2025 through August 8, 2025 during which time they are scheduled to be out of state on a previously-planned family vacation.

　　　　　　　　　　　　　　　　　　Respectfully requested,

　　　　　　　　　　　　　　　　　　<u>s/ Hannah Rogers Metcalfe</u>
　　　　　　　　　　　　　　　　　　Hannah Rogers Metcalfe, Fed. I.D.# 9943
　　　　　　　　　　　　　　　　　　Metcalfe & Atkinson, LLC
　　　　　　　　　　　　　　　　　　1395 South Church Street
　　　　　　　　　　　　　　　　　　Greenville, South Carolina 29605
　　　　　　　　　　　　　　　　　　Telephone: (864) 214-2319

Facsimile: (864) 214-3067
hmetcalfe@malawfirmsc.com

Evan Fray-Witzer (*pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-423-4855
Evan@CFWLegal.com

Valentin D. Gurvits (*pro hac vice*)
Frank Scardino (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
vgurvits@bostonlawgroup.com
frank@bostonlawgroup.com

*Attorney for Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD*

May 2, 2025
Greenville, South Carolina