## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, | Case No. 7:20-CV-00947-DCC |
| Plaintiffs, | |
| v. | |
| COLLINS MURPHY, et al. | |
| Defendants. | |
| JANE DOE 10, | Case No. 7:21-CV-03193-DCC |
| Plaintiff, | |
| v. | |
| COLLINS MURPHY, et al. | |
| Defendants. | |

## FED. R. CIV. P. 26 (a)(3), PRETRIAL DISCLOSURES OF DEFENDANTS MG FREESITES LTD AND MINDGEEK S. A` R.L.

Pursuant to the Court's Notice Regarding Jury Selection and Trial (ECF No. 585) and Federal Rule of Civil Procedure Rule 26(a)(3), Defendants MG Freesites Ltd. and MindGeek S.à r.l. (together referred to as the "MindGeek Defendants"), by and through the undersigned counsel, hereby disclose the following evidence they will or may present at trial (excluding evidence MindGeek Defendants anticipate they may use solely for purposes of impeachment or rebuttal).

MindGeek Defendants note that certain dispositive motions and *Daubert* motions are currently pending. Further, MindGeek Defendants will be timely filing motions in limine. Rulings on these motions will likely alter the following disclosures. MindGeek Defendants will amend

and/or supplement these disclosures prior to trial in accordance with the Court's rulings on these

pending motions.

I.    **MINDGEEK DEFENDANTS' TRIAL WITNESS LIST**

A.  **Witnesses Expected to be Presented at Trial**

The following is a list of witnesses MindGeek Defendants expect to present at trial:

1.  Jane Doe Number 1
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

2.  Jane Doe Number 2
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

3.  Jane Doe Number 3
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

4.  Jane Doe Number 4
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

5.  Jane Doe Number 5
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

6.  Jane Doe Number 6
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

7. Jane Doe Number 7
   c/o Bell Legal Group, LLC
   219 Ridge Street
   Georgetown, South Carolina
   Telephone: 843-546-2408

8. Jane Doe Number 8
   c/o Bell Legal Group, LLC
   219 Ridge Street
   Georgetown, South Carolina
   Telephone: 843-546-2408

9. Jane Doe Number 9
   c/o Bell Legal Group, LLC
   219 Ridge Street
   Georgetown, South Carolina
   Telephone: 843-546-2408

10. Jane Doe Number 10
    c/o Bell Legal Group, LLC
    219 Ridge Street
    Georgetown, South Carolina
    Telephone: 843-546-2408

11. Collins Murphy
    c/o Hall Booth Smith, P.C.
    111 Coleman Boulevard, Suite 301
    Mt. Pleasant, South Carolina 29464
    Telephone: 843-720-3460

12. Nikita Popov
    c/o CIAMPA FRAY-WITZER, LLP
    20 Park Plaza, Suite 505
    Boston, Massachusetts 02116
    Telephone: 617-426-0000

13. Constantinos Christoforou
    c/o CIAMPA FRAY-WITZER, LLP
    20 Park Plaza, Suite 505
    Boston, Massachusetts 02116
    Telephone: 617-426-0000

14. Janine S. Shelby, Ph.D.
    Previously provided in expert witness disclosures

15. Sherrie Caltagirone
    Previously provided in expert witness disclosures

16. Robert Overton
    176 Winfield Drive
    Spartanburg, South Carolina 29307

17. Sharon Hammonds
    936 Wando Road
    Roebuck, South Carolina 29376

18. Brenda Watkins
    657 Parkland Avenue
    Inman, South Carolina 29349

19. William Joseph Petty
    579 Childers Road
    Gaffney, South Carolina 29340

### B. Witnesses Who May be Called if the Need Arises[1]

The following is a list of witnesses the MindGeek Defendants may call if the need arises:

1. Andreas Andreou
   c/o Turner Padget Graham & Laney, PA
   1901 Main Street, 9th Floor
   Columbia, South Carolina 29209
   Telephone: 803-227-4334

2. Lauren Franklin
   c/o Turner Padget Graham & Laney, PA
   1901 Main Street, 9th Floor
   Columbia, South Carolina 29209
   Telephone: 803-227-4334

3. Graham Collie
   c/o Turner Padget Graham & Laney, PA
   1901 Main Street, 9th Floor
   Columbia, South Carolina 29209

---

[1]     These corporate designee disclosures are made based on all claims and Defendants remaining at the time of the filing, in accordance with the deadlines in the Court's pretrial order (ECF No. 585). Should the disposition of the Mindgeek Defendants' pending motions change the claims and/or named Defendants at trial, one or more of the Mindgeek Defendants' corporate designees may not be necessary. Mindgeek Defendants reserve the right to amend the same, if necessary, based on the foregoing.

Telephone: 803-227-4334

4.  Ibrahim Sabbagh
    c/o Turner Padget Graham & Laney, PA
    1901 Main Street, 9th Floor
    Columbia, South Carolina 29209
    Telephone: 803-227-4334

5.  Ramsey Balmaaza
    c/o Turner Padget Graham & Laney, PA
    1901 Main Street, 9th Floor
    Columbia, South Carolina 29209
    Telephone: 803-227-4334

6.  Moustapha Moughrabi
    c/o Turner Padget Graham & Laney, PA
    1901 Main Street, 9th Floor
    Columbia, South Carolina 29209
    Telephone: 803-227-4334

## II.  DEPOSITION TESTIMONY

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), MindGeek Defendants list the following deposition designation other than solely for impeachment:

**Andreas Ignatiou, Date of Deposition: January 23, 2024**

Page and Line Citations:

Page 9, Lines 12-25
Page 10, Lines 2-5
Page 11, Lines 4-21
Page 16, Lines 3-7; Lines 19 – Page 17, Line 2
Page 18, Lines 2-22
Page 21, Line 3 – Page 22, Line 14
Page 25, Line 8 – Page 29, Line 12
Page 30, Line 14 – Page 31, Line 8
Page 33, Lines 6-8; Lines 10-12; Lines 14-20; Line 22 – Page 35, Line 24
Page 36, Lines 5-8; Line 10 – Page 37, Line 15
Page 37, Line 18 – Page 38, Line 21
Page 40, Line 22 – Page 41, Line 10
Page 42, Line 24 – Page 43, Line 6; Line 8 – Page 46, Line 7
Page 47, Lines 3-15; Lines 21-25
Page 49, Lines 11-20
Page 50, Line 12 – Page 51, Line 4

Page 52, Line 9 – Page 53, Line 17; Line 19 – Page 54, Line 2; Line 13 – Page 55, Line 11

Page 58, Line 11 – Page 59, Line 3; Line 11 – Page 60, Line 5

Page 66, Line 6 – Page 67, Line 21

Page 69, Lines 7-21

Page 70, Line 13 – Page 71, Line 2

Page 75, Lines 13-15; Line 17 – Page 77, Line 5; Lines 10-21

Page 80, Line 5 – Page 81, Line 5

Page 88, Lines 4-16; Line 19 – Page 89, Line 3

Page 103, Lines 8-9; Lines 11-14; Line 16 – Page 104, Line 7; Lines 16-17; Line 19 – Page 106,          Line 3; Line 5

Page 107, Lines 11-13; Line 15 – Page 108, Line 7

Page 110, Lines 4-6; Lines 8-16; Lines 18-19

Page 114, Line 14 – Page 116, Line 6

Page 118, Lines 2-4; Line 19 – Page 119, Line 4

Page 151, Lines 3-14; 16-24

Page 152, Lines 2-4

Page 155, Line 7 – Page 157, Line 13; Lines 15-16

Page 171, Lines 3-21; Line 23 – Page 172, Line 2; Lines 4-10; Lines 12-16; Line 19

Page 173, Lines 4-15

Page 174, Lines 10-16

Page 179, Lines 2-5; Line 10 – Page 180, Line 9

Page 181, Lines 3-8; Lines 15-18

Page 187, Line 24 – Page 188, Line 4

Page 200, Line 16 – Page 201, Line 22; Line 24 – Page 202, Line 6; Lines 12-19; Line 22 – Page          203, Line 7; Lines 9-10

Page 210, Line 20 – Page 211, Line 10; Lines 18-19; Line 23 – Page 212, Line 11

Page 231, Line 11 – Page 232, Line 8; Lines 16-19

Page 233, Lines 20-22; Lines 24-25

Page 235, Lines 4-13

Page 236, Lines 4-16

Page 242, Lines 12-21

Page 245, Lines 7-23

Page 246, Line 10 – Page 247, Line 9

Page 254, Line 20 – Page 255, Line 3; Lines 11-12; Lines 16-25

MindGeek Defendants reserve the right use any deposition testimony that may be necessary to impeach or cross-examine any witnesses called by any party, refresh any witness's recollection of their previous testimony, for rebuttal purposes, if the witness is unavailable for trial,

and/or for any reason permitted under the Federal Rules of Civil Procedure or Federal Rules of Evidence.

MindGeek Defendants further reserve the right to supplement and/or amend the designations up to and during the time of trial in response to Plaintiffs' and/or Co-Defendants' designations, evidence submitted at trial, or rulings made by the Court before and/or during trial.

MindGeek Defendants reserve the right to serve their objections and/or counter-designations to any deposition designations disclosed by Plaintiffs and Co-Defendants in their Rule 26(a)(3), pre-trial disclosures.

## III.    TRIAL EXHIBITS

### A.  Exhibits Expected to be Offered at Trial

The MindGeek Defendants expect to offer the following exhibits at trial:

| MindGeek Defendants' Exhibit Number | Description | Bates/Exhibit Number |
|---|---|---|
| 1 | Fifth Amended Complaint: C/A No. ending in 00947 (filed 6/3/22) | ECF Entry Number 193 |
| 2 | Third Amended Complaint: C/A No. ending in 03193 (filed 8/9/22) | ECF Entry Number 91 |
| 3 | Statement of Collins Murphy to West Virginia State Police (dated 10/18/14) | Exhibit 1, Collins Murphy Depo. (No Bates Numbers) |
| 4 | Email Correspondence from Scott Wiegandt to Bellarmine Team (dated 10/18/19) | 0106-109 (Plaintiff), Exhibit 3, Depo. of Jane Doe #1 |
| 5 | Various Group Text Messages between Plaintiffs | 0122-181 (Plaintiff), Exhibit 3, Depo. of Jane Doe #1 |
| 6 | Affidavit of Jane Doe #1 (dated 2/15/24) | Exhibit 5, Depo. of Jane Doe #1 |
| 7 | Affidavit of Jane Doe #2 (dated 2/15/24) | Exhibit 5, Depo. of Jane Doe #2 |
| 8 | Content Removal Request from Jane Doe #3 (dated 10/21/19) | MGMURPH000039, Ex. 4, Depo. of Jane Doe #3 |

| 9 | Affidavit of Jane Doe #3 (dated 2/14/24) | Exhibit 5, Depo. of Jane Doe #3 |
|---|---|---|
| 10 | Affidavit of Jane Doe #4 (dated 2/15/24) | Exhibit 3, Depo. of Jane Doe #4 |
| 11 | Medical Records of Jane Doe #4 (various dates) | Exhibit 4, Depo. of Jane Doe #4, pp. 1-136 |
| 12 | CVS Records Custodian Affidavit and Pharmacy Records for Jane Doe #4 (3/7/24) | CVS Subpoena Response; Exhibit 4, Depo. of Jane Doe #4, pp. 1-136 |
| 13 | Content Removal Request from Jane Doe #4 (dated 10/21/19) | MGMURPH000037-38, Ex. 7, Depo. of Jane Doe #4 |
| 14 | Affidavit of Jane Doe #5 (dated 2/15/24) | Exhibit 4, Depo. of Jane Doe #5 |
| 15 | Medical Records of Jane Doe #5 (various dates) | Exhibit 5, Depo. of Jane Doe #5, pp. 1-262 |
| 16 | Medical Notes of Life Coach of Jane Doe #5 (various dates) | Exhibit 6, Depo. of Jane Doe #5, pp. 1-7 |
| 17 | Screenshots of Video Thumbnails from PornHub taken by Jane Doe #5 | 0193-94(Plaintiff); Exhibit 7, Depo. of Jane Doe #5 |
| 18 | Content Removal Request from Jane Doe #6 (dated 10/21/19) | MGMURPH000040; Exhibit 4, Depo. of Jane Doe #6 |
| 19 | Affidavit of Jane Doe #6 (dated 2/16/24) | Exhibit 6, Depo. of Jane Doe #6 |
| 20 | Medical Records of Jane Doe #6 (various dates) | Exhibit 8, Depo. of Jane Doe #6, pp. 8-67 |
| 21 | Affidavit of Jane Doe #7 (dated 2/14/24) | Exhibit 5, Depo. of Jane Doe #7 |
| 22 | Medical Records of Jane Doe #7 (various dates) | Exhibit 7, Depo. of Jane Doe #7, pp. 1-64 |
| 23 | Medical Records of Jane Doe #7 (various dates) | Exhibit 8, Depo. of Jane Doe #7, pp. 1-58 |
| 24 | Affidavit of Jane Doe #8 (dated 2/15/24) | Exhibit 5, Depo. of Jane Doe #8 |
| 25 | Affidavit of Jane Doe #9 (dated 2/15/24) | Exhibit 5, Depo. of Jane Doe #9 |
| 26 | Medical Records of Jane Doe #9 (various dates) | Exhibit 7, Depo. of Jane Doe #9, pp. 1-4 |
| 27 | Medical Records of Jane Doe #9 (various dates) | Exhibit 8, Depo. of Jane Doe #9, pp. 1-7 |
| 28 | Medical Treatment Summary of Jane Doe #9 | Exhibit 9, Depo. of Jane Doe #9 |

| 29 | Handwritten Notes of Jane Doe #10 (undated) | JANEDOE000001, Exhibit 4, Depo. of Jane Doe #10 |
|---|---|---|
| 30 | Email Correspondence and Text Messages of Jane Doe #10 (various dates) | JANEDOE00003-13; Exhibit 4, Depo. of Jane Doe #10 |
| 31 | Medical Records of Jane Doe #10 (various dates) | JANEDOE000014-53; Exhibit 4, Depo. of Jane Doe #10 |
| 32 | Certified Copies of Civil Case and Judgment against Collins Murphy from West Virginia | Gerald Fogg, Barbour County Circuit Clerk |
| 33 | Certified Copies of Criminal Entry of Judgment and Guilty Plea of Collins Murphy in West Virginia | Gerald Fogg, Barbour County Circuit Clerk |
| 34 | Gaffney Police Department Incident Report (dated 10/10/19) | Limestone 683 – 684 |
| 35 | Limestone College Campus Security Report (dated 10/8/19) | Limestone 685 – 693 |
| 36 | Limestone College Termination of Employment Letter to Murphy (dated 10/28/14) | Limestone 687 |
| 37 | Limestone College New Hire Checklist | Limestone 708 |
| 38 | Limestone College Offer of Employment Letter to Murphy (dated 10/28/14) | Limestone 714 |
| 39 | Murphy Application for Limestone Employment (dated 6/14/12) | Limestone 715 – 719 |
| 40 | Murphy Resume Submitted to Limestone and Resume | Limestone 724 – 726 |
| 41 | SR&I Background Screening Report for Murphy | Limestone 728 – 732 |
| 42 | Email exchange between William Petty, Robert Overton and Brian Prady (dated 10/7/19) | Limestone 737 – 751 |
| 43 | Limestone College Hiring Procedure/Background Investigation Procedure | Exhibit 1, Depo. of Hammonds – 5/30/24 |
| 44 | Affidavit of Jill Baker (dated 1/24/24) | Exhibit 8, Depo. of Overton – 4/26/24 |
| 45 | Affidavit of J.D. Long (dated 1/24/24) | Exhibit 9, Depo. of Overton – 4/26/24 |
| 46 | West Virginia State Police Action Taken Report (dated October, 2014) | Exhibit 10, Depo. of Overton – 4/26/24 |
| 47 | Alderson-Broaddus Performance Evaluation of Murphy (dated May 31, 2012) | Exhibit 11, Depo. of Overton – 4/26/24 |
| 48 | Bellarmine Team Photograph and Roster | Bellarmine_000048-49 |
| 49 | Gaffney Police Department Report (dated 10/22/19) | Bellarmine_000078-79 |
| 50 | Bellarmine University Incident Report (dated 10/22/19) | Bellarmine_000116-117 |
| 51 | Email correspondence with video links and requests for removal between Detective Brian Blandon and Legal@Motherless.com (dated 10/15/20) | Bellarmine_000608-609 |

| 52 | Anonymous Email correspondence regarding videos online sent to Bellarmine University Faculty (dated 10/13/20) | Bellarmine_000624-626 |
|---|---|---|
| 53 | Email correspondence from Ashton Lichvar to Bellarmine University regarding discovery of video and legal action (dated 10/22/2019) | Bellarmine_001181 |
| 54 | Cease and desist letter to Motherless, Inc. from Jeffrey Calabrese (dated 10/14/20) | Bellarmine_001362-1363 |
| 55 | Cease and desist letter to MindGeek from Jeffrey Calabrese (dated 10/22/19) | Bellarmine_001403-1404 |
| 56 | Email correspondence between MindGeek and Jeffrey Calabrese regarding video removal (dated 10/22/19) | Bellarmine_001397-1398 |
| 57 | C.V. of Sherrie Caltagirone | Caltagirone_509-512 |
| 58 | C.V. of Janine Shelby, Ph.D. | ECF Entry Number 401-3, Exhibit A |
| 59 | Content Removal Request and Response from Email listed as "Dezirae" (dated 10/19/19) | MGMURPHY000031-32; Exhibit 20, Franklin Depo. |
| 60 | Content Removal Request and Response from Detective Brian Blanton (dated 10/19/19) | MGMURPHY000033; Exhibit 21, Franklin Depo. |
| 61 | Search Warrant to PornHub from Cherokee County (dated 10/17/19) | MGMURPHY000017-20 |
| 62 | Search Warrant to PornHub from Detective Brian Blanton noted in the system – received by Mail (dated 10/17/19) | MGMURPHY000034; Exhibit 22, Franklin Depo. |
| 63 | Content Removal Request and Response from Jane Doe #4 (dated 10/21/19) | MGMURPHY000037-38; Exhibit 23, Franklin Depo. |
| 64 | Content Removal Request and Response from Jane Doe #3 (dated 10/21/19) | MGMURPHY000039; Exhibit 24, Franklin Depo. |
| 65 | Content Removal Request and Response from Jane Doe #6 (dated 10/21/19) | MGMURPHY000040 |
| 66 | Content Removal Request and Response from Jeffrey Clabrese (dated 10/22/19) | MGMURPHY000041-42 |
| 67 | Search Warrant to MindGeek from Cherokee County, SC (dated 10/21/19) | MGMURPHY000025-28; Exhibit 20, Ignatiou Depo. |
| 68 | Email correspondence with Detective Brian Blanton regarding removal of videos (dated 10/30/19) | MGMURPHY000010-14; Exhibit 21, Ignatiou Depo. |
| 69 | Terms and Conditions of Service (Last Modified Date 5/18/18) | MGMURPHY000583-604; Exhibit 22, Ignatiou Depo. |

| 70 | Video Uploaders' Account Information | MGMURPHY001394-95; Exhibit 8, Gaziani Depo. |
| 71 | Page Vault from 4Chan Archive | MGMURPHY059975-995 |
| 72 | Compliance Guidelines Excel Spreadsheet | MGMURPHY000678 |
| 73 | Detailed Compliance Guidelines Excel Spreadsheet with Additional Tabs | MGMURPHY000688 |
| 74 | Excel Spreadsheet Regarding Videos Allowed/Removed based upon Various Categories | MGMURPHY000689 |
| 75 | Compliance Rules for All Tubes in Excel Spreadsheet | MGMURPHY000701 |
| 76 | Red Words Added/Tube Rules/Tips on Age Excel Spreadsheet | MGMURPHY000720 |
| 77 | Compliance Rules with Notations of Red Words | MGMURPHY000759 |
| 78 | Red Words Instructions with Requirements and Limitations if Contextual | MGMURPHY001017 |
| 79 | Metadata for 6 Videos Uploaded by CWDistribution | MGMURPHY001199 |
| 80 | Metadata for 2 Videos Uploaded by LordFauger18 | MGMURPHY001200 |
| 81 | Detailed Metadata for 8 Videos Uploaded by CWDistribution and LordFauger18 | MGMURPHY001393 |

## B.  Exhibits that May be Offered if the Need Arises

The MindGeek Defendants may offer the following exhibits at trial if the need arises:

| MindGeek Defendants' Exhibit Number | Description | Bates/Exhibit Number |
|---|---|---|
| 82 | Stop Non-Consensual Intimate Image Abuse Informational | Caltagirone_063-69 |
| 83 | PornHub Transparency Report (2023) | Caltagirone_498-500 |
| 84 | Non-Consensual Content Policy for PornHub | Caltagirone_060-62 |
| 85 | Pathfinder Labs, Stop the Search – Identification, Deterrence and Intervention (dated 4/11/21) | Caltagirone_501-503 |
| 86 | Removing Content for Terms of Service Violation: Removal Sources | MGMURPHY001487-1492; Exhibit 7, Franklin Depo. |
| 87 | Is Voyeurism Against the Terms of Service | MGMURPHY001638-139; Exhibit 16, Franklin Depo. |
| 88 | Content Removal Request Form Directions from website | MGMURPHY00102-107 |

| 89 | Factors for Determining Consent | MGMURPHY000558 |
|---|---|---|
| 90 | PornHub "Walkthrough" of Process | MGMURPHY001165-72 |
| 91 | Revised Processes and Guidelines for Content Removal Requests | MGMURPHY001183-84 |
| 92 | Handling Process for Content Removal Requests Diagram | MGMURPHY001196 |
| 93 | Financial Spreadsheet Categories & Tags (dated August 2019) | MGMURPHY001351 |
| 94 | Financial Spreadsheet Categories & Tags (dated September 2019) | MGMURPHY001368 |
| 95 | Financial Spreadsheet Categories & Tags (dated October 2019) | MGMURPHY001366 |
| 96 | Video Recorded at Limestone of Jane Does | MGMURPHY000006 |
| 97 | Video Recorded at Limestone of Jane Does | MGMURPHY000007 |
| 98 | Video Recorded at Limestone of Jane Does | MGMURPHY000008 |
| 99 | Video Recorded at Limestone of Jane Does | MGMURPHY000009 |
| 100 | Video Recorded at Limestone of Jane Does | MGMURPHY001197 |
| 101 | Video Recorded at Limestone of Jane Does | MGMURPHY001198 |

**SIGNATURE PAGE TO FOLLOW**

DATED:                          TURNER, PADGET, GRAHAM AND LANEY, P.A.

September 2, 2025              By: /s/ Mark Goddard
Columbia, South Carolina            Mark Goddard | Attorney ID: 09691
                                    email | mgoddard@turnerpadget.com
                                    direct | 803-227-4334
                                    1901 Main Street, 9th Floor
                                    Columbia, South Carolina 29209

                                    Audra M. Byrd | Attorney ID: 10163
                                    Email | abyrd@turnerpadget.com
                                    direct | 843-213-5520
                                    Post Office Box 2116
                                    Myrtle Beach, South Carolina 29578
                                    facsimile | 843-213-5620

                               MITCHELL SILBERBERG & KNUPP LLP

                                    Marc E. Mayer | admitted *pro hac vice*
                                    email | mem@msk.com
                                    direct | 310-312-3154
                                    2049 Century Park East
                                    18th Floor
Los Angeles, California             Los Angeles, California 90067

                                    *Attorneys for Defendants MG Freesites, Ltd. and*
                                    *MindGeek S.à r.l*