# EXHIBIT 1

**UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOES 1-9, | |
| **Plaintiffs,** | **Case No: 7:20-cv-00947-DCC** |
| vs. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, | |
| **Defendants.** | |

**UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION**

| | |
|---|---|
| JANE DOE, | |
| **Plaintiff,** | **Case No: 7:21-cv-03193-DCC** |
| vs. | |
| COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, | |
| **Defendants.** | |

1

## DECLARATION OF JOHN A. HUBERT

I, John Hubert, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of Georgia and before this Court. I am counsel of record for Defendants Limestone University, Sharon Hammonds, and Brenda Watkins in these actions. I make the following declaration in support of said Defendants' Motion to Enforce Settlement. I make all of the following statements of my own personal knowledge and if called as a witness could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an email sent from John Hubert to Liz Shepherd on June 17, 2025 at 4:16 PM.

3. Attached hereto as Exhibit B is a true and correct copy of an email from Liz Shepherd to John Hubert on June 17, 2025 at 5:30 PM.

4. Attached hereto as Exhibit C is a true and correct copy of an email from John Hubert to Liz Shepherd and G. Sulpizio on September 4, 2025 at 5:25 PM.

5. Attached hereto as Exhibit D is a true and correct copy of an email Liz Shepherd to John Hubert on September 4, 2025 at 6:54 PM.

6. Attached hereto as Exhibit E is a true and correct copy of an email from John Hubert to Liz Shepherd on September 5, 2025 at 10:09 AM.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 5th day of September, 2025 at Carthage, North Carolina.

/s/ John A. Hubert
**JOHN A. HUBERT**
Federal ID No. 13154

2