# EXHIBIT "A"

**From:** John Hubert jhubert@rhp-law.com
**Subject:** Re: Does 1-9 v. Murphy et al and Doe v. Limestone University et al C/A No.: 7:20-CV-00947 and 7:21-CV-03193
**Date:** June 17, 2025 at 4:15 PM
**To:** Liz Shepherd lshepherd@kytrial.com
**Cc:** L. Grant Close III gclose@maynardnexsen.com, Tyler Thompson tthompson@kytrial.com, Gabrielle Anna Sulpizio GSulpizio@belllegalgroup.com, Chad Propst cpropst@kytrial.com, Dani Pinter dpinter@ncoselaw.org, J Edward Bell jeb@belllegalgroup.com, Auguste Fout afout@belllegalgroup.com, Joseph Rahimi jrahimi@rhp-law.com

Liz,

I am writing to confirm that we have reached a full and final settlement of all claims that were brought or could have been brought in these actions by all 10 Jane Doe defendants against Limestone and it s employees (including Hammonds and Watkins) and insurers for $1.25 million. This will include a dismissal with prejudice of Limestone, Watkins, and Hammonds in both lawsuits. The settlement will include a confidentiality clause.

Please reply to confirm these terms, and then I will let the Court know we have reached a settlement. I will get started on a draft for the release agreements.

Please provide payment instructions and a W-9. I believe the carrier will have to do multiple checks anyway since the funds are coming from a CGL and an umbrella, so they can probably do a check per plaintiff if you would prefer it split up like that. Please also provide DOBs and SSNs for each of the Plaintiffs (when you have a minute, I assume       be a little busy tonight and tomorrow), this carrier typically needs that when cutting checks.

Thanks, and glad we were able to get this matter resolved.

-John

---
John A. Hubert (GA & SC)
Rahimi, Hughes & Padgett
1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
P: (912) 421-9988
F: (912) 421-9989
jhubert@rhp-law.com

> On Jun 16, 2025, at 1:25 PM, John Hubert <jhubert@rhp-law.com> wrote:
>
> Gabby,
>
> Thank you for sending this. I wanted to clarify that as previously indicated, Travelers has denied coverage for these claims. Please also note that Limestone University, Sharon Hammonds, and Brenda Watkins are my clients.
>
> That said, at this time I cannot accept the terms of this demand. However, I have authority to extend an offer of $1 million to collectively resolve all of the claims against Limestone and its employees (including without limitation Brenda Watkins and Sharon Hammonds) held by your clients. As your demand only included a reference to a       f   I also wanted to clarify that this offer to settle includes not only Jane Does 1-9, but also Jane Doe 10 s claim, which did not appear to be included in your demand.
>
> Thanks,
> John
>
> ---
> John A. Hubert (GA & SC)
> Rahimi, Hughes & Padgett
> 1004 Memorial Lane, Suite 300
> Savannah, Georgia 31410
> P: (912) 421-9988
> F: (912) 421-9989
> jhubert@rhp-law.com
>
>> On Jun 14, 2025, at 10:38 AM, Gabrielle Anna Sulpizio <GSulpizio@belllegalgroup.com> wrote: