# EXHIBIT "B"

**From:** Liz Shepherd lshepherd@kytrial.com
**Subject:** Re: Does 1-9 v. Murphy et al and Doe v. Limestone University et al No. 7:20-CV-00947 and 20-CV-03458
**Date:** June 17, 2025 at 5:30 PM
**To:** John Hubert jhubert@rhp-law.com
**Cc:** L. Grant Close III gclose@maynardnexsen.com, Tyler Thompson tthompson@kytrial.com, Gabrielle Anna Sulpizio GSulpizio@belllegalgroup.com, Chad Propst cpropst@kytrial.com, Dani Pinter dpinter@ncoselaw.org, J Edward Bell jeb@belllegalgroup.com, Auguste Fout afout@belllegalgroup.com, Joseph Rahimi jrahimi@rhp-law.com

This confirms our settlement and that you will inform the court. I am in the airport now but will send the requested info later. Thanks, Liz
Sent from my iPhone