# EXHIBIT "C"

**From:** John Hubert  jhubert@rhp-law.com
**Subject:** Limestone Settlement
**Date:** September 4, 2025 at 5:24 PM
**To:** Liz Shepherd  lshepherd@kytrial.com, Gabrielle Anna Sulpizio  GSulpizio@belllegalgroup.com
**Bcc:** L. Grant Close III  GClose@maynardnexsen.com

Liz and Gabby,

It was good speaking with you earlier today. As we discussed, my position regarding the settlement is that Limestone is entitled to a release consistent with the terms to which plaintiffs already agreed as set forth in our June 17 correspondence.  Those terms expressly release Limestone and its employees.  Whether Collins Murphy is protected by this release language is for you to take up with Mr. Murphy's counsel, if necessary, and is not a justifiable reason for plaintiffs not to finalize our settlement and dismiss my clients.

In accordance with our prior agreement, we have already delivered the settlement checks you requested. On July 29, I also provided you with a full proposed release agreement that, in my view, conforms to the agreed-upon terms. During our call, you mentioned that you had prepared redlined revisions to the release, and there was confusion whether your proposed revisions to the full proposed release agreement had been provided to me.  I am confirming that I have not received any proposed revisions to date.  Please forward those revisions to me immediately to avoid any further delay in finalizing the settlement.  The sooner we get those revisions, the sooner we can get this finalized.

You indicated you would provide plaintiffs final decision whether to finalize settlement with the agreed upon release language tomorrow.  Given the approaching trial, please confirm by noon tomorrow whether you agree to finalize the release consistent with the June 17 terms.  As I stated in our call today, I must move to enforce the settlement by the end of the day tomorrow if we are unable to finalize the release on the terms already agreed upon.  Our thorough discussion of these issues today meets our consultation duty under Local Civ. Rule 7.02 (D.S.C.).

Thanks,
John


---
John A. Hubert (GA & SC)
Rahimi, Hughes & Padgett
1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
P: (912) 421-9988
F: (912) 421-9989
jhubert@rhp-law.com