# EXHIBIT "D"

**From:** Liz Shepherd lshepherd@kytrial.com
**Subject:** RE: Limestone Settlement
**Date:** September 4, 2025 at 6:54 PM
**To:** John Hubert jhubert@rhp-law.com, Gabrielle Anna Sulpizio GSulpizio@belllegalgroup.com

John,

The fact that you called me after sending the release and checks asking to include Collins Murphy in the settlement clearly shows you think he was part of the settlement. Is the insurance company willing to pay any additional money to get Collins out of the case? Would Collins be willing to answer questions about the video that he previously took the 5th amendment on?

Liz