# EXHIBIT "E"

**From:** John Hubert jhubert@rhp-law.com
**Subject:** Re: Limestone Settlement
**Date:** September 5, 2025 at 10:09 AM
**To:** Liz Shepherd lshepherd@kytrial.com
**Cc:** Gabrielle Anna Sulpizio GSulpizio@belllegalgroup.com
**Bcc:** L. Grant Close III GClose@maynardnexsen.com



Liz,

I did ask that he be explicitly included in the release. I did not think that would be a big issue since that was before the Court's Order on
SJ, I did not think there was any way that you all would want to proceed against a presumed judgment-proof individual when your focus had been so heavily on the porn defendants. When you advised that you would not explicitly name Murphy as a released party I merely asked that we stick to the originally agreed-upon release language. I thought I made our position clear yesterday, but let me say it one more time; whether Collins Murphy is included in the agreed-upon release language does not concern my clients (Limestone, Watkins, and Hammonds), and should not delay, much less prevent, finalization of the settlement and release of my clients, and their dismissal from
these cases.

I do not represent Collins Murphy and any further discussion of his inclusion as a released party should be directed to his attorney, as well as any discussion of his defense. Those matters do not impact finalizing plaintif    settlement with Limestone, which must happen by noon today, or we will file a motion to enforce the settlement on the release terms. Again, we need your proposed revisions to the settlement and release agreement immediately, so that we can move forward with finalizing the settlement terms (other than the release terms which have been agreed to) and file the stipulation of dismissal with prejudice for my clients.

Thanks,
John


---
John A. Hubert
(GA & SC)
Rahimi, Hughes & Padgett
1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
P: (912) 421-9988
F: (912) 421-9989
jhubert@rhp-law.com