**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **JANE DOES 1-9,** | |
| **Plaintiffs,** | **Case No.: 7:20-CV-00947-DCC** |
| **vs.** | |
| **COLLINS MURPHY et. al.,** | |
| **Defendants.** | |
| **JANE DOE,** | |
| **Plaintiffs,** | **Case No.: 7:21-CV-03193-DCC** |
| **vs.** | |
| **LIMESTONE UNIVERSITY et. al.,** | **JOINT STATUS REPORT** |
| **Defendants.** | |

Plaintiffs Jane Does 1-10, Defendants Limestone University f/k/a Limestone College, Sharon Hammonds, Brenda Watkins, and Defendant Collins Murphy respectfully submit this *Status Report* in accordance with the Court's Order, Dkt. No. 636, directing the remaining Parties to inform the Court whether its recently issued order on Summary Judgement has any effect on their anticipated time for trial.

Plaintiffs and Defendants Limestone University, Sharon Hammonds, and Brenda Watkins have finalized the remaining settlement documents and simply await Plaintiffs' execution of the operative Release, and should have this completed within the next week or so. The Parties ask that a *Rubin* Order dismissing Defendants Limestone University, Sharon

Hammonds, and Brenda Watkins' without prejudice be entered. A stipulation of dismissal with prejudice will be entered by the Parties upon effectuation of the settlement. A *Rubin* dismissal would render Defendant's Motion to Enforce Settlement moot.

As to the remaining Defendant, Collins Murphy, the remaining Parties jointly request the case against him be stayed until the appeal process against Defendants MG Freesites LTD, MindGeek S. A` R.L., Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD's is complete. In conjunction with this request to stay the Plaintiffs anticipate filing a formal Rule 54(b) Certification Motion requesting the Court direct entry of a final judgement as to Defendants MG Freesites LTD, MindGeek S. A` R.L., Hammy Media, LTD, Trafficstars LTD, and Wisebits IP LTD's.

Wherefore, the Parties request the Court: (1) enter an Order confirming the case is stayed against Collins Murphy and (2) ask that a *Rubin* Order dismissing Defendants Limestone University, Sharon Hammonds, and Brenda Watkins' without prejudice be entered.

Respectfully Submitted,

BELL LEGAL GROUP, LLC

*/s/ Gabrielle A. Sulpizio*
J. Edward Bell, III (#1280)
Gabrielle A. Sulpizio (#12715)
Auguste Fout (#14364)
219 North Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@edbelllaw.com
jsalley@edbelllaw.com

DOLT, THOMPSON, SHEPHERD & CONWAY, PSC

TYLER S. THOMPSON (admitted *Pro Hac Vice*)

LIZ J. SHEPHERD (admitted *Pro Hac Vice*)
CHAD O. PROPST (Admitted *Pro Hac Vice*)
13800 Lake Point Circle
Louisville, KY 40223
Telephone: (502) 244-7772
tthompson@kytrial.com
lshepherd@kytrial.com
cpropst@kytrial.com

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

Benjamin Bull (admitted Pro Hac Vic)
Danielle Bianculli Pinter (admitted Pro Hac Vice)
Christen Price (admitted Pro Hac Vice)
Peter Gentala (admitted Pro Hac Vice)
1201 F Street NW
Washington, D.C. 20004
bbull@ncose.com
dpinter@ncoselaw.org
cprice@ncoselaw.org
pgentala@ncoselaw.org

*Counsel for Plaintiffs Jane Does 1-9*

**RAHIMI, HUGHES & PADGETT, LLC**

*/s/ John Hubert*
JOHN A. HUBERT
Federal ID No. 13154
33 Bull Street, Suite 590
Savannah, Georgia 31401
(912) 421-9988
jhubert@rhp-law.com

**ATTORNEYS FOR DEFENDANT LIMESTONE UNIVERSITY**

**HALL BOOTH SMITH, PC**

*/s/Joseph D. Thompson, III*
Joseph D. Thompson, III, Fed. ID No. 6062
Email: jthompson@hallboothsmith.com
111 Coleman Boulevard, Suite 301
Mount Pleasant, SC 29464

*Counsel for Defendant Collins Murphy*

September 11, 2025
Georgetown, SC