UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOES 1-9, <br><br> Plaintiffs, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, <br><br> Defendants. | Case No: 7:20-cv-00947-DCC |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> COLLINS MURPHY, SHARON HAMMONDS, BRENDA F. WATKINS, LIMESTONE UNIVERSITY, MG FREESITES, LTD., d/b/a PORNHUB.COM, MG FREESITES II LTD., MINDGEEK S.A.R.L., MINDGEEK USA, INC., MG BILLING LTD., and HAMMY MEDIA LTD. d/b/a XHAMSTER.COM, TRAFFICSTARS LTD., WISEBITS LTD, XHAMSTER IP HOLDINGS LTD, WISEBITS IP LTD, <br><br> Defendants. | Case No: 7:21-cv-03193-DCC |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO LIMESTONE UNIVERSITY, SHARON HAMMONDS, AND BRENDA F. WATKINS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe 1-9 and Jane Doe 10, by and through undersigned counsel, and Defendants Limestone University ("Limestone"), Sharon Hammonds ("Hammonds"), and Brenda Watkins ("Watkins"), by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Plaintiffs against Defendants Limestone, Hammonds, and Watkins in the above-captioned actions are dismissed **with prejudice**, with each party to bear its own costs and attorneys' fees.

This Stipulation of Dismissal affects **only** Defendants Limestone, Hammonds, and Watkins and does **not** dismiss any claims against the remaining Defendants.

This 29th day of September, 2025.

RAHIMI, HUGHES & PADGETT, LLC

*/s/ Joseph Y. Rahimi II*
**Joseph Y. Rahimi II**
Federal ID No. 9670
**John A. Hubert**
Federal ID No. 13154

*Attorneys For Defendant Limestone University, Sharon Hammonds, Brenda Watkins*

1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
(912) 421-9988
jrahimi@rhp-law.com
jhubert@rhp-law.com

**WE SO STIPULATE:**

                        **BELL LEGAL GROUP, LLC**

                        ***/s/ J. Edward Bell, III***
                        *(w/e/p Joseph Y. Rahimi)*
                        J. Edward Bell, III (#1280)
                        Gabrielle A. Sulpizio (#12715)
                        Auguste Fout (#14364)
                        219 North Ridge Street
                        Georgetown, SC 29440
                        Telephone: (843) 546-2408
                        jeb@edbelllaw.com
                        jsalley@edbelllaw.com

                        *Counsel for Plaintiffs Jane Does 1-10*

**WE SO STIPULATE:**

                        **TURNER, PADGET, GRAHAM AND LANEY, P.A.**

                        ***/s/ Mark Goddard***
                        *(w/e/p Joseph Y. Rahimi)*
                        Mark Goddard (#09194)
                        1901 Main Street, 9th Floor
                        Columbia, SC 29201
                        Telephone: (803) 227-4334
                        mgoddard@turnerpadget.com

                        *Attorneys for Defendant MG Freesites Ltd and MindGeek S.à.r.l.*

**WE SO STIPULATE:**

                        **METCALFE & ATKINSON, LLC**

                        ***/s/ Hannah Rogers Metcalfe***
                        *(w/e/p Joseph Y. Rahimi)*
                        Hannah Rogers Metcalfe (#9943)
                        1395 South Church Street
                        Greenville, South Carolina 29605
                        Telephone: (864) 214-2319
                        hmetcalfe@malawfirmsc.com

                        *Attorneys for Defendants Hammy Media, LTD*

*(Signature Page to Cont. on Next Page)*

**WE SO STIPULATE:**

        **HALL BOOTH SMITH, PC**

        ***/s/ JOSEPH D. THOMPSON, III***
        *(w/e/p Joseph Y. Rahimi)*
        Joseph D. Thompson, III (#6062)
        111 Coleman Boulevard, Suite 301
        Mount Pleasant, SC 29464
        jthompson@hallboothsmith.com

        *Counsel for Defendant Collins Murphy*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing ***Stipulation of Dismissal with Prejudice as to Limestone University, Sharon Hammonds, And Brenda F. Watkins*** has been served on counsel for all parties by placing same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereon and/or via electronic mail to all other counsel of record to ensure delivery to:

William Cleveland<br>
Guilmette Henderson, LLC<br>
1355 Peachtree Street NE, Suite 1125<br>
Atlanta, GA 30309<br>
billy@guilmettehenderson.com<br>
*Attorney for Plaintiffs*

This 29th day of September, 2025.

**RAHIMI, HUGHES & PADGETT, LLC**

*/s/ J. WESLEY PADGETT*
**J. WESLEY PADGETT**
Georgia Bar No. 165007
*Attorney for Defendant Coweta Car Care, Inc.*

1004 Memorial Lane, Suite 300
Savannah, Georgia 31410
(912) 421-9988
wpadgett@rhp-law.com