FILED: November 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2411 (L)
(7:20-cv-00947-DCC)

_____

JANE DOES 1-9

   Plaintiff - Appellant

v.

COLLINS MURPHY; HAMMY MEDIA LTD., d/b/a xHamster.com; MG FREESITES LTD., d/b/a Pornhub.com; MINDGEEK S.A.R.L.; TRAFFICSTARS LTD.; WISEBITS IP LTD.

   Defendants – Appellees

and

SHARON HAMMONDS; BRENDA F. WATKINS; LIMESTONE COLLEGE; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.

   Defendants

_____

No. 25-2418
(7:21-cv-03193-DCC)

_____

JANE DOE

   Plaintiff - Appellant

v.

COLLINS MURPHY; MG FREESITES LTD., d/b/a Pornhub.com; HAMMY MEDIA LTD., d/b/a xHamster.com; MINDGEEK S.A.R.L.; TRAFFICSTARS

LTD.; WISEBITS IP LTD.

    Defendants - Appellees

and

LIMESTONE UNIVERSITY, f/k/a Limestone College; SHARON HAMMONDS; BRENDA F. WATKINS; MG FREESITES II LTD.; MINDGEEK USA, INC.; MG BILLING LTD.; WISEBITS LTD.; XHAMSTER IP HOLDINGS LTD.

    Defendants

_____

O R D E R

_____

The court consolidates Case No. 25-2411 and Case No. 25-2418. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk